AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

PICTURE PATENTS, LLC,
    Plaintiff,

V.

AEROPOSTALE, INC.
    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5567**

TO: (Name and address of Defendant)

Aeropostale, Inc.
112 W. 34th Street
New York, NY 10120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      JUN 1 1 2007

CLERK     _/s/ Marcos Quintero_     DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AEROPOSTALE, INC. )<br>)<br>Defendant. )<br>) | Civil Case No. 07cv5567<br><br>Affidavit of Service |

STATE OF NEW YORK )
                  )  ss:
COUNTY OF NEW YORK )

Kim Fitzgerald, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP, attorneys for plaintiff.

That on the 20th day of September 2007, at approximately the time of 10:55 a.m., deponent served true copies of the Summons, Complaint, Individual Practices of Judge John G. Koeltl, and Critical Instructions to Attorneys upon Aeropostale, Inc. at 112 West 34th Street, New York, NY 10120 by personally delivering and leaving the same with Kenynthia Combest, Receptionist, who was authorized to accept service.

Kenynthia Combest is a black female, approximately 25 years of age, stands

- 2 -

approximately 5 feet 4 inches tall and weighs approximately 115 pounds with black hair and brown eyes.

*Kim Fitzgerald*
Kim Fitzgerald

Sworn to before me this
20th day of September, 2007

*Pamela L. Lewis*

Notary Public

PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires ~~March 30,~~ April 30, 2011

-2-

LEGAL02/30534886v1