**COURTESY COPY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PICTURE PATENTS, LLC,

        Plaintiff,

v.

AEROPOSTALE, INC.,

        Defendant.

No. 07-CV-05567-JGK

FILED ELECTRONICALLY

---

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for defendant to answer, move or otherwise respond to the Complaint in this matter shall be extended from October 10, 2007 to October 30, 2007.

Dated this 9 day of October, 2007.

ALSTON & BIRD, LLP

By: /s/ Thomas J. Parker
Thomas Jude Parker
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

Attorneys for Plaintiff
Picture Patents, LLC

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Oren Langer
Oren Langer (OL-5962)
101 Park Avenue
New York, New York 10178
Tel.: (212) 309-6000
Fax: (212) 309-6001

David W. Marston Jr.
(to be admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-5937
Fax: (215) 963-5001

Attorneys for Defendant
Aeropostale, Inc.

SO ORDERED:

/s/ John G. Koeltl
U.S.D.J.

10/10/07