**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

PICTURE PATENTS, LLC,

Plaintiff,

v.

No. 07-CV-05567-JGK

AEROPOSTALE, INC.,

FILED ELECTRONICALLY

Defendant.

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's

approval, the time for defendant to answer, move or otherwise respond to the Complaint in this

matter shall be extended from October 30, 2007 to November 13, 2007.

Dated this 29th day of October, 2007.

ALSTON & BIRD, LLP

By: /s/ Thomas Jude Parker
   Thomas Jude Parker
   90 Park Avenue
   New York, New York 10016
   Tel:  (212) 210-9400
   Fax: (212) 210-9444

Attorneys for Plaintiff
Picture Patents, LLC

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Sandhya K. Kidd
   Sandhya K. Kidd (SK-7650)
   101 Park Avenue
   New York, New York 10178
   Tel.:  (212) 309-6000
   Fax:  (212) 309-6001

   David W. Marston Jr.
   (to be admitted *pro hac vice*)
   1701 Market Street
   Philadelphia, PA 19103
   Tel.:  (215) 963-5937
   Fax:  (215) 963-5001

Attorneys for Defendant
Aeropostale, Inc.

**SO ORDERED:**

_____
U.S.D.J.