IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC, <br>      Plaintiff, <br><br> v. <br><br> AEROPOSTALE, INC., <br><br>      Defendant. | No. 07-CV-05567-JGK <br><br> FILED ELECTRONICALLY |

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for defendant to answer, move or otherwise respond to the Complaint in this matter shall be extended from October 30, 2007 to November 13, 2007.

Dated this 29th day of October, 2007.

| | |
|---|---|
| ALSTON & BIRD, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: /s/ Thomas Jude Parker <br>    Thomas Jude Parker <br>    90 Park Avenue <br>    New York, New York 10016 <br>    Tel: (212) 210-9400 <br>    Fax: (212) 210-9444 <br><br> Attorneys for Plaintiff <br> Picture Patents, LLC | By: /s/ Sandhya K. Kidd <br>    Sandhya K. Kidd (SK-7650) <br>    101 Park Avenue <br>    New York, New York 10178 <br>    Tel.: (212) 309-6000 <br>    Fax: (212) 309-6001 <br><br> David W. Marston Jr. <br> (to be admitted *pro hac vice*) <br> 1701 Market Street <br> Philadelphia, PA 19103 <br> Tel.: (215) 963-5937 <br> Fax: (215) 963-5001 <br><br> Attorneys for Defendant <br> Aeropostale, Inc. |

**SO ORDERED:**

/s/ [signature]
U.S.D.J.

10/29/07

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```