IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



PICTURE PATENTS, LLC,

   Plaintiff,

v.

AEROPOSTALE, INC.,

   Defendant.

No. 07-CV-05567-JGK

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for defendant to answer, move or otherwise respond to the Complaint in this matter shall be extended from November 13, 2007 to December 04, 2007.

Dated this 13th day of November, 2007.

ALSTON & BIRD, LLP

By: _____
Thomas Jude Parker
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

Attorneys for Plaintiff
Picture Patents, LLC

COOLEY GODWARD KRONISH

By: _____
William O'Brien (WO-5271)
1114 Avenue of the Americas
New York, New York 10036-7798
Tel.: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendant
Aeropostale, Inc.

SO ORDERED:

_____
U.S.D.J.

11/14/07

1384828 v1/NY