SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
PICTURE PATENTS, LLC,

          Plaintiff,

     v.

AEROPOSTALE, INC.,

          Defendant.

-------------------------------------- x

Case No. 07-CV-05567-JGK

**MOTION TO ADMIT JANET L. CULLUM *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, the undersigned, William O'Brien, a member in good standing of the bar of the Court, hereby move for an Order admitting

> Janet L. Cullum
> COOLEY GODWARD KRONISH LLP
> 1114 Avenue of the Americas
> New York, New York 10036-7798
> Phone: (212) 479-6000
> Fax:    (212) 479-6275

as attorney *pro hac vice* to argue or try this case in whole or in part as counsel to Defendant, Aeropostale, Inc., in this case. Ms. Cullum is a partner in the firm of Cooley Godward Kronish LLP and a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Ms. Cullum in any state or federal court. I am informed that the plaintiff's counsel has been conferred with, and that plaintiff's counsel has no objection to the relief requested in this motion.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

11/26/07

Application granted.
So ordered.

[signature] G. Koeltl
U.S.D.J.

Dated: New York, New York
       November 19, 2007

                                                  Respectfully submitted,

                                                  COOLEY GODWARD KRONISH LLP

                                                  By: _____William O'Brien_____
                                                       William O'Brien (WO-5271)

                                                  Counsel for Defendant, Aeropostale, Inc.,
                                                  1114 Avenue of the Americas
                                                  New York, NY 10036-7798
                                                  Phone: (212) 479-6000
                                                  Fax:   (212) 479-6275

TO:   Thomas Jude Parker
       Alston & Bird, LLP
       90 Park Avenue
       New York, New York 10016
       Tel: (212) 210-9400
       Fax: (212) 210-9444

Counsel for Plaintiff
Picture Patents, LLC,

1385026 v1/NY
11/17/07 11:43 PM

2