UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PICTURE PATENTS LLC,
                Plaintiff,

    - against -

TERRA HOLDINGS LLC, et al.

                Defendants.

07 Civ. 5465 (JGK)
07 Civ. 5567 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are to submit a consolidated case management schedule by **January 11, 2008**.

    The plaintiff's motion for a default judgment against the defendant Terra Holdings, LLC is **withdrawn**.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                        John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

1