*[handwritten notation]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

PICTURE PATENTS, LLC,                              :

                  Plaintiff,                  :

             v.                                 :       No. 07-CV-05567-JGK

AEROPOSTALE, INC.,                                :

                Defendant.                  :

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's

approval, the time for defendant to answer, move or otherwise respond to the Complaint in this

matter shall be extended from December 4, 2007 to December 21, 2007.

Dated this 4th day of December, 2007.


ALSTON & BIRD, LLP                              COOLEY GODWARD KRONISH, LLP

By: *[signature]*                               By: *[signature]*
Thomas Jude Parker                              William O'Brien (WO-5271)
90 Park Avenue                                  1114 Avenue of the Americas
New York, New York 10016                        New York, New York 10036-7798
Tel: (212) 210-9400                             Tel.: (212) 479-6000
Fax: (212) 210-9444                             Fax: (212) 479-6275

Attorneys for Plaintiff                         Attorneys for Defendant
Picture Patents, LLC                            Aeropostale, Inc.


SO ORDERED:

*[signature]*
U.S.D.J.

*[handwritten date]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/4/07