UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PICTURE PATENTS, LLC
        Plaintiff,

-against-

AEROPOSTALE, INC.

        Defendant.

07 CV 5567

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas J. Parker a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Robert E. Straight |
| Firm Name: | Alston & Bird LLP |
| Address: | 950 F Street, NW |
| City/State/Zip: | Washington, D.C. |
| Phone Number: | 202-756-3300 |
| Fax Number: | 202-756-3333 |

Robert E. Straight is a member in good standing of the Bar of the States of North Carolina and District of Columbia.

There are no pending disciplinary proceedings against Robert E. Straight in any State or Federal court.

Dated:
City, State:

Respectfully submitted,

_/s/ Thomas J. Parker_

Thomas J. Parker
| | |
|---|---|
| Sponsor's SDNY Bar: | TP-7219 |
| Firm Name: | Alston & Bird LLP |
| Address: | 90 Park Avenue |
| City/State/Zip: | New York, NY |
| Phone Number: | (212) 210-9529 |
| Fax Number: | (212) 210-9444 |

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

---

PICTURE PATENTS, LLC        )
                            )
         Plaintiff,         )
                            )
    v.                      )    Civil Case No. 07cv5567
                            )
AEROPOSTALE, INC.           )    **AFFIDAVIT OF THOMAS J. PARKER**
                            )    **IN SUPPORT OF MOTION TO ADMIT**
                            )    **COUNSEL PRO HAC VICE**
                            )
         Defendant.         )
                            )

Thomas J. Parker, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Alston & Bird LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael S. Connor as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Robert E. Straight since 2007.

4. Robert E. Straight is an associate at Alston & Bird LLP, in Washington, D.C.

5. I have found Mr. Straight to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Robert E. Straight, pro hac vice.

7. *I respectfully submit a proposed order granting the admission of Robert E. Straight, pro hac vice, which is attached hereto as Exhibit A.*

WHEREFORE it is respectfully requested that the motion to admit Robert E. Straight, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:
City, State: New York, New York
Notarized:

                              Respectfully submitted,

                              _____
                              Name of Movant: Thomas J. Paker
                              SDNY Bar Code: TP-7219

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that <u>Robert E. Straight (#28105)</u> is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on <u>August 24, 2001</u>.

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this <u>6th</u> day of <u>December</u>, <u>2007</u>.

_____
Secretary of the North Carolina State Bar



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT E. STRAIGHT

was on the 9TH day of APRIL, 2007

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 6, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07cv5567 |
| ) | **ORDER FOR ADMISSION PRO HAC VICE** |
| AEROPOSTALE, INC. ) | |
| Defendant. ) | |

Upon the motion of Thomas J. Parker, attorney for Picture Patents, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Robert E. Straight |
| Firm Name: | Alston & Bird LLP |
| Address: | The Atlantic Building |
| | 90 F. Street, NW |
| City/State/Zip: | Washington, D.C. 20004 |
| Phone Number: | 202-756-3300 |
| Fax Number: | 202-756-3333 |
| Email Address: | Rob.Straight@alston.com |

is admitted to practice pro hac vice as counsel for Picture Patents, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District Judge

LEGAL02/30632304v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PICTURE PATENTS, LLC
                Plaintiff,

- against -                        07 CV 5567

AEROPOSTALE, INC.              **AFFIDAVIT OF SERVICE**
                Defendant.

---

STATE OF NEW YORK  )
                            )  ss:
COUNTY OF NEW YORK )

Yolanda Sanchez, being duly sworn, deposes and says: that I am employed in the office of Alston & Bird LLP attorneys for Plaintiff Picture Patents, LLC that on 12/11/07 I served a true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Thomas J. Parker in Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

Janet L. Cullum
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

                                                  _____
                                                    Yolanda Sanchez

Sworn to before me this
11 day of December, 2007
_____
      Notary Public

RYAN C. CONLEY
Notary Public, State of New York
No. 01CO6158860
Qualified in New York County
Commission Expires January 8, 2011

LEGAL02/30632349v1