UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
PICTURE PATENTS, LLC.,                   :
                                              INDEX No. 07 Civ. 5567
          Plaintiff,                     :    Judge Koeltl

     vs.                                 :
                                              **RULE 7.1 STATEMENT**
AEROPOSTALE, INC.,                       :

          Defendant.                     :
---------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Aeropostale, Inc. ("Aeropostale") certifies that Aeropostale, Inc. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

Dated: New York, New York
       December 21, 2007

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

_____
Janet L. Cullum

Janet L. Cullum, Req. No. 4543815
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6500
Fax:   (212) 479-6275

*Attorneys for Defendant Aeropostale, Inc.*

1403344 v1/NY
12/21/07 1:39 PM