```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

PICTURE PATENTS, LLC,

                Plaintiff,

   - against -

AEROPOSTALE, INC., et al.,

                Defendants.

---

PICTURE PATENTS, LLC,

                Plaintiff,

   - against -

TERRA HOLDINGS, LLC, et al.,

                Defendants.

---

07 Civ. 5465
07 Civ. 5567

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2008

JOHN G. KOELTL, District Judge:

    The discovery plan and scheduling order dated February 1, 2008 is **vacated**. The plaintiff should provide claim charts to the defendants by **February 21, 2008**. A conference is scheduled for **April 4, 2008 at 4:00 p.m.**

SO ORDERED.

Dated: New York, New York
       February 7, 2008

                                      John G. Koeltl
                                 United States District Judge