# UNITED STATES DISTRICT COURT

Southern     District of     New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Bath & Body Works, LLC
The Charlotte Russe, Inc.
GSI Commerce Solutions, Inc.
National Basketball Association, Inc.
Major League Baseball Enterprises, Inc.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Buy.com, Inc.

CASE NUMBER: 07cv5567

TO:   Dick's Sporting Goods, Inc.
      c/o Corporation Service Company
      80 State Street
      Albany, NY 12207-2543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              FEB 0 1 2008
CLERK                                           DATE
(By) DEPUTY CLERK

OAO 440 (Rev. 8/0 1) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

o Served personally upon the defendant. Place where served:

o Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

o Returned unexecuted:

o Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                      *Date*       *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Picture Patents, LLC

                                    Plaintiff,              **AFFIDAVIT OF SERVICE**

-against-                                                      Case# 07cv5567

Aeropostale, Inc., Dick's Sporting Goods, Inc.,
Bath & Body Works, LLC, et al.,

                                    Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS:

William M. Irish, being duly sworn says: Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: *Summons in a Civil Action, First Amended Complaint (Jury Trial Demand), Individual Practices of Judge John G. Koeltl and Individual Practices of Magistrate Judge Henry Pitman.* That the party which was served was Dick's Sporting Goods, Inc., by serving **CORPORATION SERVICE COMPANY** as Registered Agent.

That on the 7th day of February 2008, at approx. 1:45 p.m., at the office of Corporation Service Company at 80 State Street, 6th Floor, Albany, New York, one copy of the aforesaid papers was served by personally delivering to and leaving with Cathy Krieger-Jewell, Service of Process Rep. and known to me to be empowered to receive such service on behalf of Corporation Service Company.

Description of Cathy Krieger-Jewell - Title: Service of Process Rep.
White female, 5'4", 52 yrs.old, 120 lbs., brown/gray hair, wears glasses.

                                                                                    _____
                                                                                   William M. Irish

Sworn to before me
this 7th day of February 2008.

_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010