OAO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Bath & Body Works, LLC
The Charlotte Russe, Inc.
GSI Commerce Solutions, Inc.
National Basketball Association, Inc.
Major League Baseball Enterprises, Inc.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Buy.com, Inc.

CASE NUMBER: 07cv5567

TO: National Basketball Association, Inc.
Olympic Tower
645 5th Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              FEB 0 1 2008
CLERK                                            DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/0 1) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
PICTURE PATENTS, LLC,

                Plaintiff,

          V.

AEROPOSTALE, INC., DICK'S SPORTING          Case No. 07cv5567
GOODS, INC., BATH & BODY WORKS, LLC,
THE CHARLOTTE RUSSE, INC., GSI                  **AFFIDAVIT OF**
COMMERCE SOLUTIONS, INC., NATIONAL        **SERVICE**
BASKETBALL ASSOCIATION, INC., MAJOR
LEAGUE BASEBALL ENTERPRISES, INC.,
LINENS 'n THINGS, INC., TWEETER HOME
ENTERTAINMENT GROUP, INC., BUY.COM,
INC.

                Defendants.
------------------------------------------------------------- X
STATE OF NEW YORK   )
                       ) ss:
COUNTY OF NEW YORK )

      Jeannine Grudzien, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP.

      That on the 4th day of February, 2008, at approximately 2:35 p.m., deponent served a copy of the Summons, First Amended Complaint, Individual Practices of Judge John G. Koeltl, and Individual Practices of Magistrate Judge Henry Pitman upon National Basketball Association, Inc. 645 5th Avenue, New York, New York 10022 by personally delivering and leaving the same with Michelle C. Pujals, Vice President & Assistant General Counsel, who was authorized to accept service.

- 2 -

Michelle C. Pujals is a Caucasian female, approximately 35 years old, stands approximately 5 feet 2 inches tall and weighs approximately 110 pounds with long brown hair.

_____
Jeannine Grudzien

Sworn to before me this
4th day of February, 2008

_____
Notary Public
LOUIS R. COSTANZO
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 20/1

- 2 -

LEGAL02/30689708v1

NBA

02/04/08
02:22 pm

Expires at
Midnight

PASS



ID# 8361



### National Basketball Association

Michelle C. Pujals
VICE PRESIDENT &
ASSISTANT GENERAL COUNSEL

Olympic Tower • 645 Fifth Avenue • New York NY 10022 • Main: (212) 407-8000
Direct: (212) 407-8743 • Fax: (646) 264-4152 • Email: mpujals@nba.com