# UNITED STATES DISTRICT COURT

Southern                                District of           New York

Picture Patents, LLC

                                                              **SUMMONS IN A CIVIL ACTION**
V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Bath & Body Works, LLC                                        CASE NUMBER: 07cv5567
The Charlotte Russe, Inc.
GSI Commerce Solutions, Inc.
National Basketball Association, Inc.
Major League Baseball Enterprises, Inc.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Buy.com, Inc.


TO:   Major League Baseball Enterprises, Inc.
      245 Park Avenue
      New York, NY 10167


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016


an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


J. MICHAEL McMAHON                                            FEB 0 1 2008
CLERK                                                         DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

o  Served personally upon the defendant. Place where served:

o  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

o  Returned unexecuted:

o  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*

              _____
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
PICTURE PATENTS, LLC,                                        :
                                                             :
                Plaintiff,                          :
                                                             :
        V.                                                   :
                                                             :
AEROPOSTALE, INC., DICK'S SPORTING                           :   Case No. 07cv5567
GOODS, INC., BATH & BODY WORKS, LLC,                         :
THE CHARLOTTE RUSSE, INC., GSI                               :   **AFFIDAVIT OF**
COMMERCE SOLUTIONS, INC., NATIONAL                           :   **SERVICE**
BASKETBALL ASSOCIATION, INC., MAJOR                          :
LEAGUE BASEBALL ENTERPRISES, INC.,                           :
LINENS 'n THINGS, INC., TWEETER HOME                         :
ENTERTAINMENT GROUP, INC., BUY.COM,                          :
INC.                                                         :
                                                             :
                Defendants.                         :
------------------------------------------------------------ X

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

       Jeannine Grudzien, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP.

       That on the 6th day of February, 2008, at approximately 3:05 p.m., deponent served a copy of the Summons, First Amended Complaint, Individual Practices of Judge John G. Koeltl, and Individual Practices of Magistrate Judge Henry Pitman upon Major League Baseball Enterprises, Inc., 245 Park Avenue, New York, New York 10167 by personally delivering and leaving the same with Grace Carrasco, Senior Administrative Assistant to Ethan Arlinski, who was authorized to accept service.

LEGAL02/30692906v1

- 2 -

Grace Carrasco is a Hispanic female, approximately 30 years old, stands approximately 5 feet 2 inches tall and weighs approximately 120 pounds, and wears eye glasses.

*Jeannine Grudzien*
Jeannine Grudzien

Sworn to before me this
6th day of February, 2008

*Kim Fitzgerald*
Notary Public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20 09