Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



**Sandhya K. Kidd**
Associate
212.309.6146
skidd@morganlewis.com

February 15, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**

Honorable John G. Koeltl
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Rm. 1030
New York, NY 10007

Re:   <u>Picture Patents, LLC v Aeropostale, Inc. et al., 07-CV-5567</u>

Dear Judge Koeltl:

I previously represented Aeropostale, Inc. ("Aeropostale") in the above referenced matter. On November 11, 2007, Janet Cullum of Cooley, Godward, Kronish LLP took over the representation and made a motion to appear Pro Hac Vice on behalf of Aeropostale. (Dkt. No. 11). As of Ms. Cullum's motion, I have not represented Aeropostale in the above referenced matter.

As such, I respectfully request that I be removed from the docket as an "attorney to be noticed" and from all further filings in the above referenced litigation.

Should you require any further information, please feel free to contact me at 212.309.6146.

Thank you.

Respectfully,

*Sandhya K. Kidd*

Sandhya K. Kidd

cc:   Janet Cullum, Esq.