USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PICTURE PATENTS, LLC,

Plaintiff,

v.

AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.

Defendants.

Civil Case No. 07cv5567 (JGK)

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Picture Patents, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismisses without prejudice Defendants Bath & Body Works, LLC and Major League Baseball Enterprises, Inc. from this action.

Respectfully submitted this 12th day of February, 2008.

Thomas J. Parker (Bar No. TP-7219)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
*ATTORNEYS FOR PLAINTIFF*
*Picture Patents, LLC*

So ordered
2/15/08 John G. Koeltl U.S.D.J.

SO ORDERED this _____
day of February, 2008

______________________________

Honorable John G. Koeltl
United States District Judge