OAO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                      District of            New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Charlotte Russe, Inc.                    CASE NUMBER:  07cv5567
GSI Commerce Solutions, Inc.
Fogdog, Inc.
National Basketball Association, Inc.
NBA Properties, Inc.
NBA Media Ventures, LLC
Major League Baseball Properties, Inc.
MLB Advanced Media, L.P.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Tweeter Newco, LLC
Tweeter Opco, LLC
Buy.com, Inc.

TO:    Major League Baseball Properties, Inc.
       245 Park Avenue
       Floor 34
       New York, NY 10167

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within_____20_____days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              FEB 1 3 2008
_____            _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev. 8/0 1) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

O  Served personally upon the defendant. Place where served:

O  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

O  Returned unexecuted:

O  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                         Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

PICTURES PATENTS, LLC,
    Plaintiff(s),

  -against-

AEROPOSTALE, INC., et al.,
    Defendant(s).
-----------------------------------------------------X

STATE OF NEW YORK)
       S.S.:
COUNTY OF NEW YORK)

Index No. 07CV5567

AFFIDAVIT OF SERVICE

HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 14th day of February 2008, at approximately 2:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT JURY TRIAL DEMAND AND JUDGES' RULES** upon Major League Baseball Properties, Inc. at 245 Park Avenue, 34th Floor, New York, NY 10167, by personally delivering and leaving the same with June Napoli, Executive Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

June Napoli is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 120 pounds with blonde hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
22nd day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___