# UNITED STATES DISTRICT COURT

Southern    District of    New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Bath & Body Works, LLC
The Charlotte Russe, Inc.
GSI Commerce Solutions, Inc.
National Basketball Association, Inc.
Major League Baseball Enterprises, Inc.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Buy.com, Inc.

CASE NUMBER: 07cv5567

TO:  Linens 'n Things, Inc.
     6 Brighton Road
     Clifton, NJ 07015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    FEB 0 1 2008

OAO 440 (Rev. 8/0 1) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

o Served personally upon the defendant. Place where served:

o Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

o Returned unexecuted:

o Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              *Date*        *Signature of Server*

                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Picture Patents, LLC,
        Plaintiff(s),

Index No. 07cv5567

-against-

AFFIDAVIT OF SERVICE

Aeropostale, Inc. Dick's Sporting Goods,
Inc. Bath & Body Works, LLC, et al.,
        Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 6th day of February 2008, at approximately 9:15 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT JURY TRIAL DEMAND, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITTMAN** upon Linens 'n Things, Inc. at 6 Brighton Road, Clifton, NJ 07015, by personally delivering and leaving the same with Jody Mege, who informed deponent that she is authorized by the legal department to receive service at that address.

        Jody Mege is a white female, approximately 37 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 120 pounds with short brown hair and blue eyes. She has a nose ring.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
7th day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com