OAO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Bath & Body Works, LLC        CASE NUMBER: 07cv5567
The Charlotte Russe, Inc.
GSI Commerce Solutions, Inc.
National Basketball Association, Inc.
Major League Baseball Enterprises, Inc.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Buy.com, Inc.

TO:  Tweeter Home Entertainment Group, Inc.
     40 Pequot Way
     Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                             FEB 0 1 2008

CLERK                                          DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/0 1) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

O Served personally upon the defendant. Place where served:

O Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

O Returned unexecuted:

O Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date          *Signature of Server*

                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PICTURE PATENTS, LLC,

        Plaintiff,                              Civil Case No. ~~97~~ 07cv5567

    -against-                                   AFFIDAVIT OF SERVICE

AEROPOSTALE, INC., et al.,

        Defendants.
----------------------------------------------------------------X
STATE OF MASSACHUSETTS    )
                                S.S.:
COUNTY OF PLYMOUTH        )

        PETER C. MURPHY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 7th day of February, 2008, at approximately the time of 9:25 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon TWEETER HOME ENTERTAINMENT GROUP, INC. at 40 Pequot Way, Canton, MA, by personally delivering and leaving the same with BILL MORRISON who informed deponent that he holds the position of C.I.O. with that company and is authorized by law to receive service at that address.

        BILL MORRISON is a white male, approximately 50 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 190 pounds with brown hair and brown eyes.

*[signature]*
PETER C. MURPHY

Sworn to before me this
22 day of February, 2008

*[signature]*
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com