

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PICTURE PATENTS, LLC,

        Plaintiff,

        -against-

AEROPOSTALE, INC., et al.,

        Defendants.
---------------------------------------------------------------X
STATE OF MASSACHUSETTS  )
        S.S.:
COUNTY OF PLYMOUTH        )

Civil Case No. 07cv5567

AFFIDAVIT OF SERVICE

        PETER C. MURPHY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 15th day of February, 2008, at approximately the time of 2:30 PM, deponent served a true copy of the SECOND AMENDED COMPLAINT upon TWEETER HOME ENTERTAINMENT GROUP, INC. at 40 Pequot Way, Canton, MA, by personally delivering and leaving the same with ANDREW D'AMICO who informed deponent that he holds the position of General Counsel with that company and is authorized by appointment to receive service at that address.

        ANDREW D'AMICO is a white male, approximately 50 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 200 pounds with brown hair and brown eyes.

_____
PETER C. MURPHY

Sworn to before me this
22 day of February, 2008

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com