AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Picture Patents, LLC.
   Plaintiff,
v.
Aeropostale, Inc., et al
   Defendants.

**APPEARANCE**

Case Number: 07-cv-05567-JGK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PICTURE PATENTS, LLC, Plaintiff

I certify that I am admitted to practice in this court.

3/3/08
Date

Signature

Robert E. Hanlon          RH-8794
Print Name                Bar Number

Alston & Bird LLP - 90 Park Ave.
Address

New York          NY          10016
City              State       Zip Code

(212) 210-9410          (212) 210-9444
Phone Number            Fax Number