OAO 440 (Rev. 8/0 1) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern                            District of                     New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Charlotte Russe, Inc.                              CASE NUMBER:  07cv5567
GSI Commerce Solutions, Inc.
Fogdog, Inc.
National Basketball Association, Inc.
NBA Properties, Inc.
NBA Media Ventures, LLC
Major League Baseball Properties, Inc.
MLB Advanced Media, L.P.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Tweeter Newco, LLC
Tweeter Opco, LLC
Buy.com, Inc.


TO:   Fogdog, Inc.
      500 Broadway
      Redwood City, CA 94063


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016


an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


J. MICHAEL McMAHON                                    FEB 13 2008

CLERK                                                 DATE

(By) DEPUTY CLERK



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PICTURE PATENTS, LLC,

    Plaintiff,

    -against-

AEROPOSTALE, INC., et al.,

    Defendants.
-------------------------------------------------------X

Civil Case No. 07cv5567

AFFIDAVIT OF SERVICE

STATE OF PENNSYLVANIA    )
    S.S.:
COUNTY OF PHILADELPHIA    )

    BRIAN WARSHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 27th day of February, 2008, at approximately the time of 9:20 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon FOGDOG, INC. c/o GSI Commerce Solutions, Inc. at 935 First Avenue, King of Prussia, PA, by personally delivering and leaving the same with DONNA SMITH who informed deponent that she is authorized by appointment to receive service at that address.

    DONNA SMITH is a white female, approximately 40 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 125 pounds with brown hair.

*[signature]*
BRIAN WARSHAW

Sworn to before me this
29th day of February, 2008

*[signature]*
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 12, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com