IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

| | |
|---|---|
| PICTURE PATENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AEROPOSTALE, INC., DICK'S )<br>SPORTING GOODS, INC., CHARLOTTE )<br>RUSSE, INC., GSI COMMERCE )<br>SOLUTIONS, INC., FOGDOG, INC., )<br>NATIONAL BASKETBALL )<br>ASSOCIATION, INC., NBA )<br>PROPERTIES, INC., NBA MEDIA )<br>VENTURES, LLC, MAJOR LEAGUE )<br>BASEBALL PROPERTIES, INC., MLB )<br>ADVANCED MEDIA, L.P., LINENS 'N )<br>THINGS, INC., TWEETER HOME )<br>ENTERTAINMENT GROUP, INC., )<br>TWEETER NEWCO, LLC, TWEETER )<br>OPCO, LLC, BUY.COM, INC. )<br>)<br>Defendants. )<br>) | Civil Case No. 07cv5567<br><br>STIPULATION FOR EXTENSION<br>OF TIME |

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendants Charlotte Russe, Inc. to answer, move or otherwise respond to Plaintiff's Second Amended Complaint in this matter shall be extended from March 10, 2008 to and including March 20, 2008.

Dated this 3rd day of March, 2008.

ALSTON & BIRD, LLP

By: _____
Thomas Jude Parker
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

Attorneys for Plaintiff
Picture Patents, LLC

BUCHALTER NEMER

By: _____
Brian H. Newman
100 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Tel: (213) 891-5573
Fax: (213) 630-5848

Attorneys for Defendant
Charlotte Russe, Inc.

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Judge

3/4/08

-2-