```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC, )<br>　*Plaintiff,* )<br>　 )<br>vs. )<br>　 )<br>AEROPOSTALE, INC., DICK'S )<br>SPORTING GOODS, INC., BATH & )<br>BODY WORKS, LLC, THE CHARLOTTE )<br>RUSSE, INC., GSI COMMERCE )<br>SOLUTIONS, INC., NATIONAL )<br>BASKETBALL ASSOCIATION, INC., )<br>MAJOR LEAGUE BASEBALL )<br>ENTERPRISES, INC., LINEN'S 'N )<br>THINGS, INC., TWEETER HOME )<br>ENTERTAINMENT GROUP, INC., )<br>BUY.COM, INC., )<br>　*Defendants.* ) | Civil Case No. 1:07-CV-05567-JGK<br><br><br><br><br>STIPULATION FOR EXTENSION OF TIME |

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendant Linens 'N Things, Inc. to answer, move or otherwise respond to Plaintiff's Second Amended Complaint in this matter shall be extended from March 4, 2008 to and including March 24, 2008.

Dated this 28th day of February, 2008.

| | |
|---|---|
| ALSTON & BIRD, LLP | GARDERE WYNNE & SEWELL, LLP |
| By: *[signature]* <br>Thomas Jude Parker<br>90 Park Avenue<br>New York, New York 10016<br>Tel: (212) 210-9400<br>Fax: (212) 210-9444<br><br>Attorneys for Plaintiff<br>Picture Patents, LLC | By: *Michael P. Cooley*<br>Steven E. Ross  w/ permission *[signature: S.E. Ross]*<br>(to be admitted *pro hac vice*)<br>3000 Thanksgiving Tower, 1601 Elm Street<br>Dallas, Texas 75201<br>Tel: (214) 999-4430<br>Fax: (214) 999-3430<br>email: sross@gardere.com<br><br>Michael P. Cooley (MC-1214)<br>3000 Thanksgiving Tower, 1601 Elm Street<br>Dallas, Texas 75201<br>Tel: (214) 999-4824<br>Fax: (214) 999-3824<br>email: mcooley@gardere.com<br><br>Attorneys for Defendant<br>Linens 'N Things, Inc. |

SO ORDERED:

*[signature]*
Honorable John G. Koeltl
United States District Judge

3/4/08