IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

| | |
|---|---|
| PICTURE PATENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC. <br><br> Defendants. | Civil Case No. 07cv5567 <br><br> STIPULATION FOR EXTENSION OF TIME |

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendants Major League Baseball Properties, Inc. and MLB Advanced Media L.P. to answer, move or otherwise respond to Plaintiff's Second Amended Complaint in this matter shall be extended from March 5, 2008 to and including March 25, 2008.

Dated this 3rd day of March, 2008.

ALSTON & BIRD, LLP

By: _____
Thomas Jude Parker
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

Attorneys for Plaintiff
Picture Patents, LLC

MLB Advanced Media L.P.

By: _____
Michael Mellis
75 Ninth Avenue, 5th Floor
New York, NY 10011
Tel: (212) 485-3444
Fax: (212) 458-8111

Attorneys for Defendants
Major League Baseball Properties, Inc.
MLB Advanced Media L.P.

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Judge

3/5/08

-2-