THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PICTURE PATENTS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No.<br>07CV5567 (JGK)(HP) |
| AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., BATH & BODY WORKS, LLC, THE CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., NATIONAL BASKETBALL ASSOCIATION, INC., MAJOR LEAGUE BASEBALL ENTERPRISES, INC., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., BUY.COM, INC., | § § § § § § § § § § § | |
| Defendants. | § | |

### DEFENDANT BUY.COM'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Buy.com, Inc. advises the Court that Buy.com Inc. has no parent company and that there is no publicly held corporation that owns 10% or more of Buy.com Inc.'s stock.

Dated: March 11, 2008            Respectfully submitted,

/s/ John Driscoll
John J. Driscoll
Brian C. Dunning
John.Driscoll@tklaw.com
Brian.Dunning@tklaw.com
THOMPSON & KNIGHT LLP
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001
(212) 751-3113 (facsimile)

>Herbert J. Hammond
>THOMPSON & KNIGHT LLP
>1700 Pacific Avenue, Suite 3300
>Dallas, Texas 75201
>(214) 969-1700
>(214) 969-1751 (facsimile)
>
>ATTORNEYS FOR DEFENDANT
>BUY.COM, INC.

<u>Certificate of Service</u>

I hereby certify that on **March 11, 2008** I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the court. This document has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

>/s/ Irene Dubowy

503633 000006 DALLAS 2320005.1