MAR. 4. 2008 10:48AM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PICTURE PATENTS, LLC,

    Plaintiff,

- against -

AEROPOSTALE, INC., DICK'S SPORTING
GOODS, INC., CHARLOTTE RUSSE, INC., GSI
COMMERCE SOLUTIONS, INC., FOGDOG,
INC., NATIONAL BASKETBALL
ASSOCIATION, INC., NBA PROPERTIES, INC.,
NBA MEDIA VENTURES, LLC, MAJOR
LEAGUE BASEBALL PROPERTIES, INC., MLB
ADVANCED MEDIA, L.P., LINENS 'N THINGS,
INC., TWEETER HOME ENTERTAINMENT
GROUP, INC., TWEETER NEWCO, LLC,
TWEETER OPCO, LLC, BUY.COM, INC.,

    Defendants.

------------------------------------------------------------x

Civil Case No. 07cv5567 (JGK)

STIPULATION OF ADJOURNMENT

IT IS HEREBY STIPULATED AND AGREED that the time of defendants Tweeter Newco, LLC and Tweeter Opco, LLC to answer, move or otherwise respond to the Second Amended Complaint is extended through and including March 26, 2008.

Dated: New York, New York
        March 11, 2007

ALSTON & BIRD LLP

By: _____
    Thomas J. Parker (TP 7219)
    Robert Hanlon (RH   )
90 Park Avenue
New York, New York 10016
*Attorneys for Plaintiff*

BRYAN CAVE LLP

By: _____
    Suzanne M. Berger (SMB 0452)
    David Roodman
1290 Avenue of the Americas
New York, New York 10104
*Attorneys for Defendants Tweeter Newco,
LLC and Tweeter Opco, LLC*

C068072/0218358/1472106.1

**SO ORDERED:**

*Miriam Goldman Cedarbaum*
U.S.D.J.

Part I