```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC, </br></br>Plaintiff, </br></br>v. </br></br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC. </br></br>Defendants. | Civil Case No. 07cv5567 (JGK) </br></br>STIPULATION FOR EXTENSION OF TIME |

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendants National Basketball Association, Inc., NBA Properties, Inc, and NBA Media Ventures, LLC (collectively "NBA") to answer, move or otherwise respond to Plaintiff's Second Amended Complaint in this matter shall be extended from March 5, 2008 for NBA Media Ventures, LLC and from March 10, 2008 for National Basketball Association, Inc. and NBA Properties, Inc., to and including March 31, 2008 for all three NBA entities.

Dated this 10th day of March, 2008.

| | |
|---|---|
| ALSTON & BIRD, LLP | NATIONAL BASKETBALL ASSOCIATION, INC. |
| By: _____ | By: _____ (LMCP-0088) |
| Thomas Jude Parker | Michelle Pujals |
| 90 Park Avenue | 645 5th Avenue |
| New York, New York 10016 | New York, NY 10022 |
| Tel: (212) 210-9400 | Tel: (212) 407-8743 |
| Fax: (212) 210-9444 | Fax: (212) 826-0579 |
| Attorneys for Plaintiff Picture Patents, LLC | Attorneys for Defendants National Basketball Association, Inc. NBA Properties, Inc. NBA Media Ventures, LLC |

SO ORDERED:

Miriam ~~Feldman~~ Cedarbaum
~~Honorable John G. Koeltl~~
United States District Judge

Part I