THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PICTURE PATENTS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 07-CV-5567 (JGK)(HP) |
| AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., BATH & BODY WORKS, LLC, THE CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., NATIONAL BASKETBALL ASSOCIATION, INC., MAJOR LEAGUE BASEBALL ENTERPRISES, INC., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., BUY.COM, INC. | § § § § § § § § § § § § § § | AFFIDAVIT OF SERVICE |
| Defendants. | § | |

STATE OF NEW YORK     )
                                          : ss.
COUNTY OF NEW YORK   )

ORLANDO SALCEDO, being duly sworn, deposes and says that he is employed by Thompson & Knight LLP, is over the age of eighteen years, and is not a party to the within action.

On the 12th day of March, 2008 deponent served a true copy of Defendant Buy.com, Inc.'s Answer To Second Amended Complaint And Counterclaim by depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, contained in a securely sealed postpaid wrapper addressed to Janet Cullum, attorney for defendant Aeropostale, Inc., of Cooley Godward Kronish LLP, located at 1114 Avenue of the Americas, New York, New York 10036 this being the address designated by said attorneys for that purpose

upon the preceding papers in this action.

_____
ORLANDO SALCEDO

Sworn to before me this
_____ day of March, 2008

_____
Notary Public

JESSICA M. LOPEZ
Notary Public, State of New York
No. 01LO6016915
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 30, 20__