OAO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern               District of               New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Bath & Body Works, LLC                    CASE NUMBER: 07cv5567
The Charlotte Russe, Inc.
GSI Commerce Solutions, Inc.
National Basketball Association, Inc.
Major League Baseball Enterprises, Inc.
Linens 'n Things, Inc.
Tweeter Home Entertainment Group, Inc.
Buy.com, Inc.


TO:   GSI Commerce Solutions, Inc.
      935 First Avenue
      King of Prussia, PA 19406


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016


an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


J. MICHAEL McMAHON                              FEB 0 1 2008
CLERK                                           DATE

*[signature]*

(By) DEPUTY CLERK

OAO 440 (Rev. 8/0 1) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

   O  Served personally upon the defendant. Place where served:

   O  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

      Name of person with whom the summons and complaint were left:

   O  Returned unexecuted:

   O  Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               *Date*        *Signature of Server*

                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PICTURE PATENTS, LLC,

    Plaintiff,

    -against-

AEROPOSTALE, INC., et al.,

    Defendants.
-------------------------------------------------------X

STATE OF PENNSYLVANIA   )
      S.S.:
COUNTY OF PHILADELPHIA  )

Case No. 07cv5567

AFFIDAVIT OF SERVICE

    MICHAEL D. TALONE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 6th day of February, 2008, at approximately the time of 4:20 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE G. KOELTL; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon GSI COMMERCE SOLUTIONS, INC. at 935 First Avenue, King of Prussia, PA, by personally delivering and leaving the same with DONNA SMITH who informed deponent that she holds the position of Paralegal with that company and is authorized by appointment to receive service at that address.

    DONNA SMITH is a white female, approximately 38 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 160 pounds with black hair.

_/s/ MD Talone_
MICHAEL D. TALONE

Sworn to before me this
6th day of March, 2008

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 9, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com