

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PICTURE PATENTS, LLC,

        Plaintiff,

-against-

AEROPOSTALE, INC., et al.,

        Defendants.
-----------------------------------------------------------X

Case No. 07cv5567

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA  )
        S.S.:
COUNTY OF ORANGE   )

    SURYA VON ROSEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 15th day of February, 2008, at approximately the time of 11:30 AM, deponent served a true copy of the SECOND AMENDED COMPLAINT upon BUY.COM, INC. at 85 Enterprise Avenue, Suite 100, Aliso Viejo, CA, by personally delivering and leaving the same with PAM EVANS who informed deponent that she holds the position of Executive Assistant to General Counsel with that company and is authorized by appointment to receive service at that address.

    PAM EVANS is a _b/k_ female, approximately _28_ years of age, stands approximately _5_ feet _10_ inches tall, weighs approximately _220_ pounds with _blk_ hair.

_____
SURYA VON ROSEN

State of California, County of Orange
Subscribed and Sworn to (or affirmed) before me on
this _3RD_ day of _March_, 2008 By
_____ personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who
appeared before me.

_____
NOTARY PUBLIC

JANE L. DOSEFF
COMM. # 1644476
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES MARCH 8, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com