

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PICTURE PATENTS, LLC,

        Plaintiff,　　　　　　　　　　　　　　Civil Case No. 07cv5567

    -against-　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

AEROPOSTALE, INC., et al.,

        Defendants.
------------------------------------------------------X

STATE OF PENNSYLVANIA　　)
        S.S.:
COUNTY OF PHILADELPHIA　　)

    MICHAEL D. TALONE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 14th day of February, 2008, at approximately the time of 5:12 PM, deponent served a true copy of the SECOND AMENDED COMPLAINT upon GSI COMMERCE SOLUTIONS, INC. at 935 First Avenue, King of Prussia, PA, by personally delivering and leaving the same with CATHLEEN TRING who informed deponent that she is with the Legal Staff and is authorized by appointment to receive service at that address.

    CATHLEEN TRING is a white female, approximately 48 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 150 pounds with blond hair.

_/s/ MD Talone_
MICHAEL D. TALONE

Sworn to before me this
29th day of February, 2008

_/s/_
NOTARY PUBLIC

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 9, 2012
```

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com