

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PICTURE PATENTS, LLC,

        Plaintiff,                            Civil Case No. 07cv5567

    -against-                             AFFIDAVIT OF SERVICE

AEROPOSTALE, INC., et al.,

        Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK   )
                         S.S.:
COUNTY OF NEW YORK)

       TTIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 14th day of February, 2008, at approximately 3:00 PM, deponent served a true copy of the SECOND AMENDED COMPLAINT upon LINENS 'N THINGS, INC. at 6 Brighton Road, Clifton, NJ, by personally delivering and leaving the same with JODY MEGE, who informed deponent that she is authorized by the Legal Department to receive service at that address.

       JODY MEGE is a white female, approximately 37 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 120 pounds with short brown hair and blue eyes. She has a pierced nose.

TIMOTHY M. BOTTI
#843358

Sworn to before me this
15th day of February, 2008

NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20/12

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com