In the United States District Court
For the Southern District of New York

---

Picture Patents, LLC,

    v.

Aeropostale, Inc., Dick's Sporting Goods, Inc.,
Charlotte Russe, Inc., et al.,

                    Defendants.

**AFFIDAVIT OF SERVICE**
Civil Case No. 07cv5567

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS:

Frank J. Panucci, being duly sworn says: Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: *Second Amended Complaint (Jury Trial Demand)*. That the party which was served was **Corporation Services Company,** as Registered Agent for **DICK'S SPORTING GOODS, INC.**

That on the 14th day of February 2008, at approx. 10:48 a.m., at the office of Corporation Services Company, at 80 State Street, 6th Floor, Albany, New York, one copy of the aforesaid papers was served by personally delivering to and leaving with Maureen Cogan, Receptionist and known to me to be empowered to receive such service on behalf of Corporation Services Company.

Description of Maureen Cogan - Receptionist
White female, 5'8", 45 yrs.old, 175 lbs., brown hair, glasses.

                                        Frank J. Panucci

Sworn to before me
this 14th day of February 2008.

Paula J. Cole
Notary Public, State of New York
Qualified in Albany County
No.01CO9042570
Commission Expires September 30, 2010.