UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PICTURES PATENTS, LLC,
       Plaintiff(s),

-against-

AEROPOSTALE, INC., et al.,
       Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

Index No. 07CV5567
**AMENDED**
AFFIDAVIT OF SERVICE

HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 20th day of February 2008, at approximately 2:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT JURY TRIAL DEMAND AND JUDGES' RULES** upon NBA Media Ventures, LLC at 645 Fifth Avenue, New York, NY 10022, by personally delivering and leaving the same with Mary Spera, Administrative Assistant/Legal Department, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Mary Spera is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 120 pounds with brown hair and light eyes. **The affidavit of service is being amended to reflect the new date of service 2/20/08 instead of 2/14/08.**

_____
HECTOR FIGUEROA #870141

Sworn to before me this
11th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___