USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PICTURE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., THE CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC, FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.<br><br>Defendants. | Case No. 07cv5567 (J G K )<br><br>**STIPULATION FOR EXTENSION OF TIME** |

**STIPULATION FOR EXTENSION OF TIME**

The undersigned parties through counsel hereby stipulate that, subject to the Court's

approval, the time for Defendants Aeropostale, Inc., GSI Commerce Solutions, Inc., Dick's

Sporting Goods, Inc., and The Charlotte Russe, Inc. to answer, move or otherwise respond to

Plaintiff's Second Amended Complaint in this matter shall be extended to and including March 21, 2008.

Dated this 14th day of March, 2008.

ALSTON & BIRD, LLP                          COOLEY GODWARD KRONISH LLP

By _____                By _Janet L. Cullum / TH_
Thomas Jude Parker                           Janet L. Cullum
90 Park Avenue                               1114 Avenue of Americas
New York, New York 10016                     New York, New York 10036-7798
Tel: (212) 210-9400                          Tel: (212) 479-6500
Fax: (212) 210-9444                          Fax: (212) 479-6275

Attorneys for Plaintiff                      Attorneys for Defendants
Picture Patents, LLC                         Aeropostale, Inc.
                                             GSI Commerce Solutions, Inc.
                                             Dick's Sporting Goods, Inc.
                                             The Charlotte Russe, Inc.

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Judge

3/17/08