UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PICTURE PATENTS, LLC, | § § § § § | |
| Plaintiff, | | |
| v. | | |
| AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC., | § § § § § § § § § § § § § | Civil Action No. 07CV5567 (JGK)(HP)<br><br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | § § | |

**DEFENDANT GSI COMMERCE SOLUTIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GSI Commerce Solutions, Inc. discloses that it is wholly owned by GSI Commerce, Inc., a publicly held corporation. The only corporation owning 10% or more of the stock of GSI Commerce, Inc. is Liberty Media Corporation.

Dated: March 21, 2008

Respectfully submitted,
COOLEY GODWARD KRONISH LLP

By: /s/ Janet L. Cullum
Janet L. Cullum (JC-2083), admitted *pro hac vice*
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6500
Fax:    (212) 479-6275

Attorneys for Defendant *GSI Commerce Solutions, Inc.*

356787 v2/RE

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2008, I served a true and correct copy of the foregoing document via the Court's CM/ECF System upon:

>Thomas J. Parker
>Alston & Bird, LLP
>90 Park Avenue
>New York, NY 10016
>Email: Thomas.parker@alston.com
>Attorneys for Plaintiff Picture Patents, LLC
>
>Irene R. Dubowy
>Thompson & Knight, LLP
>919 Third Avenue, 39th Floor
>New York, NY 10022-3915
>Email: Irene.dubowy@tklaw.com
>Attorneys for Defendant Buy.Com, Inc.

Dated: New York, New York
       March 21, 2008

>By: /s/ Scott J. Pashman
>Scott J. Pashman (SP-7620)

356787 v2/RE