UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.,<br><br>      Defendants. | Civil Action No.<br>07CV5567 (JGK)(HP)<br><br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

### DEFENDANT CHARLOTTE RUSSE, INC.'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Charlotte Russe, Inc. discloses that it is wholly owned by Charlotte Russe Holding, Inc., a publicly held corporation. No publicly held corporation owns 10% or more of Charlotte Russe Holding, Inc.

Dated: March 21, 2008              Respectfully submitted,
                                      COOLEY GODWARD KRONISH LLP

                                      By: /s/ Janet L. Cullum
                                      Janet L. Cullum (JC-2083), admitted *pro hac vice*

                                      1114 Avenue of the Americas
                                      New York, NY 10036-7798
                                      Phone: (212) 479-6500
                                      Fax:   (212) 479-6275

                                      Attorneys for Defendant *Charlotte Russe, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2008, I served a true and correct copy of the foregoing document via the Court's CM/ECF System upon:

      Thomas J. Parker
      Alston & Bird, LLP
      90 Park Avenue
      New York, NY 10016
      Email: Thomas.parker@alston.com
      Attorneys for Plaintiff Picture Patents, LLC

      Irene R. Dubowy
      Thompson & Knight, LLP
      919 Third Avenue, 39th Floor
      New York, NY 10022-3915
      Email: Irene.dubowy@tklaw.com
      Attorneys for Defendant Buy.Com, Inc.

Dated: New York, New York
       March 21, 2008

                                    By: /s/ Scott J. Pashman
                                    Scott J. Pashman (SP-7620)