IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
PICTURE PATENTS, LLC,               :
                                    :
        Plaintiff,                  :   Case No. 07-CV-5567
                                    :
v.                                  :
                                    :
AEROPOSTALE, INC., et al.           :
                                    :
                Defendants.         :
                                    :
-----------------------------------x
```

SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF
AUTOMATIC STAY OF DEFENDANT TWEETER HOME ENTERTAINMENT
GROUP, INC.

PLEASE BE ADVISED, that on June 11, 2007 (the "Petition Date"), Tweeter Home Entertainment Group, Inc., n/k/a TWTR, Inc. ("TWTR"), a Defendant in the above-captioned civil proceeding, and certain of its subsidiaries (collectively, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), jointly administered as Case No. 07-10787 (PJW).  A copy of the Notice of Commencement is attached hereto as Exhibit A.

PLEASE BE FURTHER ADVISED, that any new or further action against any of the Debtors, including TWTR, is stayed as of the Petition Date pursuant to Bankruptcy Code section 362.  Any action taken against the Debtors or their property without obtaining relief from the automatic stay from the Bankruptcy Court is void ab initio and may be subject to findings of contempt and assessment of penalties and fines, as may be appropriate.

PLEASE BE FURTHER ADVISED, that the bar date for the filing of proofs of claim in the Bankruptcy Case was October 19, 2007.  A copy of the Order under 11 U.S.C. §§ 105, 502 and 503 and Fed. R. Bankr. P. 2002, 3003(C)(3) And 9007 (I) Setting General Bar Date and Initial Administrative Claims Bar Date and Procedures for Filing Proofs of Claim and Administrative Claim Requests and (II) Approving Form and Manner of Notice Thereof is attached hereto as <u>Exhibit B</u>.

Dated:    Wilmington, Delaware
          March 26, 2008


/s/ Bennett S. Silverberg
Bennett S. Silverberg (BS 3551)
Skadden, Arps, Slate, Meagher
 & Flom LLP
Four Times Square
New York, New York 10036-6522

-and-

Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Sarah E. Pierce (I.D. No. 4648)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Counsel for Tweeter Home Entertainment Group, Inc., n/k/a TWTR, Inc.