EXHIBIT A

```
           IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
- - - - - - - - - - - - - - - - - -x
                                   :    Chapter 11
In re:                             :
                                   :    Case No. 07-10787(PJW)
TWEETER HOME ENTERTAINMENT GROUP,  :
INC., et al.,                      :    Jointly Administered
                                   :
              Debtors.             :
                                   :
- - - - - - - - - - - - - - - - - -x
```

### NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On June 11, 2007, the above-captioned debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Tweeter Home Entertainment Group, Inc. | 40 Pequot Way Canton, MA 02021 | 07-10787 | 04-3417513 |
| Sound Advice of Arizona, Inc. | 40 Pequot Way Canton, MA 02021 | 07-10788 | 65-1039276 |
| New England Audio Co., Inc. | 40 Pequot Way Canton, MA 02021 | 07-10789 | 04-2499342 |
| NEA Delaware, Inc. | 40 Pequot Way Canton, MA 02021 | 07-10790 | 02-0492559 |
| Hillcrest High Fidelity, Inc. | 40 Pequot Way Canton, MA 02021 | 07-10792 | 75-2194748 |
| Sound Advice, Inc. | 40 Pequot Way Canton, MA 02021 | 07-10793 | 59-1520531 |
| Sumarc Electronics, Inc. | 40 Pequot Way Canton, MA 02021 | 07-10795 | 56-1120283 |
| THEG USA L.P. | 40 Pequot Way Canton, MA 02021 | 07-10796 | 04-3452357 |

DKT. NO. 117
DT. FILED 6-15

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. July 17, 2007 at 11:00 a.m. Eastern time, J. Caleb Boggs Federal Building, 844 King Street, 2nd Floor, Room 2112, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

COUNSEL FOR THE DEBTORS.

> Gregg M. Galardi (I.D. No. 2991)
> Mark L. Desgrosseillier (I.D. No. 4083)
> Sarah E. Pierce (I.D. No. 4648)
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov or www.kccllc.net/tweeter.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure

2

actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. <u>The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.</u>

<u>MEETING OF CREDITORS</u>. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

<u>CLAIMS</u>. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of Claim forms also are available from the Court's web site at www.deb.uscourts.gov. Kurtzman Carson Consultants LLC ("KCC") is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. KCC can be reached as follows:

>Kurtzman Carson Consultants LLC
>2335 Alaska Avenue
>El Segundo, California 90245
>Telephone: (866) 381-9100
>www.kccllc.net/tweeter

3

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

BIDDING PROCEDURES AND AUCTION. The Debtors have filed a motion for approval of procedures for bidding in connection with a sale(s) of all or substantially all of the Debtors' assets, seeking approval of deadline for submission of bids by July 9, 2007 at 11:00 a.m. and auction(s) to be held on July 10, 2007 beginning at 9:00 a.m. See Docket No. 111. More information can be obtained by contacting the Debtors' counsel listed above or accessing the Debtors' bankruptcy website at www.kccllc.net/tweeter.

For the Court:   /s/ David D. Bird
                 Clerk of the U.S. Bankruptcy Court

Dated: June 15, 2007