UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
PICTURE PATENTS, LLC,
        Plaintiff(s),

-against-

AEROPOSTALE, INC., et al.,
        Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

Index No. 07CV5567

AFFIDAVIT OF SERVICE

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 19th day of February 2008, at approximately 3:00 p.m., deponent served a true copy of the **SECOND AMENDED COMPLAINT JURY TRIAL DEMAND** upon National Basketball Association, Inc. at Olympic Tower at 645 Fifth Avenue, New York, NY 10022, by personally delivering and leaving the same with Jamin Dershowitz, Assistant General Counsel, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Jamin Dershowitz is a white male, approximately 40 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with brown hair and light eyes wearing glasses.

*[signature]*
HECTOR FIGUEROA #870141

Sworn to before me this
22nd day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08