UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––– x
                              :
PICTURE PATENTS, LLC,         :  Case No. 07cv5567 (JGK)
                              :
                  Plaintiff,  :           (ECF)
                              :
           - against -        :  CORPORATE DISCLOSURE OF
                              :  DEFENDANTS TWEETER NEWCO,
AEROPOSTALE, INC., DICK'S SPORTING :  LLC AND TWEETER OPCO, LLC
GOODS, INC., CHARLOTTE RUSSE, INC., GSI :
COMMERCE SOLUTIONS, INC., FOGDOG, :
INC., NATIONAL BASKETBALL     :
ASSOCIATION, INC., NBA PROPERTIES, INC., :
NBA MEDIA VENTURES, LLC, MAJOR :
LEAGUE BASEBALL PROPERTIES, INC., MLB :
ADVANCED MEDIA, L.P., LINENS 'N THINGS, :
INC., TWEETER HOME ENTERTAINMENT :
GROUP, INC., TWEETER NEWCO, LLC, :
TWEETER OPCO, LLC, BUY.COM, INC., :
                              :
                  Defendants. :
––––––––––––––––––––––––––––– x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Tweeter Newco, LLC and Tweeter Opco, LLC by and through its undersigned counsel, hereby discloses that (i) Tweeter Newco, LLC is the parent corporation of Tweeter Opco, LLC, and there is no parent corporation of Tweeter Newco, LLC, and (ii) no publicly held corporation owns 10% or more of the

2

stock of either Tweeter Newco, LLC or Tweeter Opco, LLC.

Dated:   New York, New York
         March 26, 2008

                                                   Respectfully submitted,

                                                 **BRYAN CAVE LLP**
                                                 Attorneys for Tweeter Newco, LLC
                                                   and Tweeter Opco, LLC.
                                                 1290 Avenue of the Americas
                                                 New York, New York  10104
                                                 212-541-2000
                                                 smberger@bryancave.com

                                               By: s/Suzanne M. Berger
                                                     Suzanne M. Berger (SB 0452)

Of Counsel:

       David A. Roodman, Esq.

C068072/0218358/1475850.1