UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
PICTURE PATENTS, LLC,                                      :   Civil Case No. 07cv5568
                                                           :   (JGK)
             Plaintiff,              :
                                                           :
   - against -                                              :
                                                           :   DEFENDANTS' NOTICE OF MOTION
AEROPOSTALE, INC., DICK'S SPORTING                         :   TO DISMISS PLAINTIFF'S SECOND
GOODS, INC., CHARLOTTE RUSSE, INC., GSI                    :   AMENDED COMPLAINT
COMMERCE SOLUTIONS, INC., FOGDOG,                          :
INC., NATIONAL BASKETBALL                                  :
ASSOCIATION, INC., NBA PROPERTIES, INC.,                   :
NBA MEDIA VENTURES, LLC, MAJOR                             :
LEAGUE BASEBALL PROPERTIES, INC., MLB                      :
ADVANCED MEDIA, L.P., LINENS 'N THINGS,                    :
INC., TWEETER HOME ENTERTAINMENT                           :
GROUP, INC., TWEETER NEWCO, LLC,                           :
TWEETER OPCO, LLC, BUY.COM, INC.,                          :
                                                           :
             Defendants.            :
------------------------------ x

       TAKE NOTICE that upon the Affidavit of David Pearce, Chief Financial Officer of Tweeter Opco, LLC, sworn to March 26, 2008, and upon the Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Tweeter Opco, LLC and Tweeter Newco, LLC (collectively, "New Tweeter"), by their attorneys, Bryan Cave LLP, shall move to dismiss the Second Amended Complaint filed by plaintiff Picture Patents, LLC on the ground that the Court lacks personal jurisdiction over New Tweeter, before the Hon. John G. Koetl, United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 12B, New York, New York, on a date to be determined by the Court.

C068072/0218358/1475801.1

TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1, all opposing affidavits and answering memoranda shall be served within ten (10) business days after service of the moving papers.

Dated: New York, New York
March 26, 2008

           **BRYAN CAVE LLP**
*Attorneys for Defendants Tweeter Newco, LLC and Tweeter OPCO, LLC*

By: s/Suzanne Berger
    Suzanne M. Berger (SB 0452)

Of Counsel:

**DAVID A. ROODMAN**
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

1290 Avenue of the Americas
New York, New York 10104
212-541-2000
smberger@bryancave.com

TO: **ALSTON & BIRD LLP**
*Attorneys for Plaintiff*
90 Park Avenue
New York, New York 10016
Attn: Thomas J. Parker

**COOLEY GODWARD KRONISH LLP**
1114 Avenue of the Americas
New York, New York 10036-7798
212-479-6500

*Attorneys for Defendants Aeropostale, Inc., Dick's Sporting Goods, Inc., GSI Commerce Solutions, Inc., Linen 'n Things, and Charlotte Russe, Inc.*

**THOMPSON & KNIGHT, LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
Attn: John J. Driscoll, Esq.
*Attorneys for Defendant Buy.com*

2

**NATIONAL BASKETBALL ASSOCIATION, INC.**
645 Fifth Avenue
New York, New York 10022

*Attorneys for Defendants National Basketball
  Association, Inc., NBA Properties, Inc. and
  NBA Media Ventures, LLC*

**MLB ADVANCED MEDIA, INC.**
75 Ninth Avenue, 5th Floor
New York, New York  10011

*Attorneys for Major League Baseball Properties,
  Inc., and MLB Advanced Media, Inc.*

**SKADDEN ARPS, SLATE, MEAGHER & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0646
Attn:  Mark L. Disgrosseillers, Esq.

*Attorneys for Tweeter Home Entertainment Group*

**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas  75201
Attn:  Michael Cooley??

*Attorneys for Defendant Linens 'N Things, Inc*.

C068072/0218358/1475801.1