*Kcc4T4/5*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PICTURE PATENTS, LLC,                          )
                                               )
                    Plaintiff,                 )
                                               )
          v.                                   )     Civil Case No. 07cv5567 (JGK)
                                               )
                                               )
AEROPOSTALE, INC., DICK'S                      )
SPORTING GOODS, INC., CHARLOTTE )
RUSSE, INC., GSI COMMERCE                      )     STIPULATION FOR EXTENSION
SOLUTIONS, INC., FOGDOG, INC.,                 )     OF TIME
NATIONAL BASKETBALL                            )
ASSOCIATION, INC., NBA                         )
PROPERTIES, INC., NBA MEDIA                    )
VENTURES, LLC, MAJOR LEAGUE                    )
BASEBALL PROPERTIES, INC., MLB                 )
ADVANCED MEDIA, L.P., LINENS 'N )
THINGS, INC., TWEETER HOME                     )
ENTERTAINMENT GROUP, INC.,                     )
TWEETER NEWCO, LLC, TWEETER                    )
OPCO, LLC, BUY.COM, INC.                       )
                                               )
                    Defendants.                )
                                               )

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's

approval, the time for Defendants Major League Baseball Properties, Inc. and MLB Advanced

Media L.P. to answer, move or otherwise respond to Plaintiff's Second Amended Complaint in

this matter shall be extended from March 25, 2008 to and including April 1, 2008.

Dated this 25th day of March, 2008.


ALSTON & BIRD, LLP                          MLB Advanced Media L.P.

By: _Thomas J. Parker/snl_                  By: _____
Thomas Jude Parker                          Michael Mellis
90 Park Avenue                              75 Ninth Avenue, 5th Floor
New York, New York 10016                    New York, NY 10011
Tel: (212) 210-9400                         Tel: (212) 485-3444
Fax: (212) 210-9444                         Fax: (212) 458-8111


Attorneys for Plaintiff                     Attorneys for Defendants
Picture Patents, LLC                        Major League Baseball Properties, Inc.
                                            MLB Advanced Media L.P.



**SO ORDERED:**

_____
Honorable John G. Koeltl
United States District Judge

3/26/08