UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.,<br><br>    Defendants. | Civil Action No.<br>07CV5567 (JGK)(HP)<br>ECF Case<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

**DEFENDANTS NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., AND NBA MEDIA VENTURES, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the National Basketball Association, NBA Properties, Inc., and NBA Media Ventures, LLC disclose that: (1) Defendant National Basketball Association is a joint venture of the NBA teams; (2) the NBA teams are shareholders of Defendant NBA Properties, Inc.; and (3) the NBA teams are members of Defendant NBA Media Ventures, LLC.

The following public companies are partial owners of one or more of the NBA teams:

1. AT&T Inc.
2. Bank of America Corp.
3. Cablevision Systems Corp.
4. Clear Channel Communications, Inc.

5. Comcast Corporation

6. Forest City Enterprises, Inc.

7. GAMCO Investors, Inc.

8. International Bancshares Corp.

9. Legg Mason, Inc.

10. Turner Broadcasting System, Inc.

11. Time Warner Inc.

12. Toronto-Dominion Bank

13. Valero Energy Corp.

14. Wachovia Corp.

Dated: March 31, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

By: /s/ Janet L. Cullum
Janet L. Cullum (JC-2083), admitted *pro hac vice*
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6500
Fax:    (212) 479-6275

Attorneys for *National Basketball Association, NBA Properties, Inc., and NBA Media Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I served a true and correct copy of the foregoing document via the Court's CM/ECF System upon:

>Thomas J. Parker
>Alston & Bird, LLP
>90 Park Avenue
>New York, NY 10016
>Email: Thomas.parker@alston.com
>Attorneys for Plaintiff Picture Patents, LLC
>
>Irene R. Dubowy
>Thompson & Knight, LLP
>919 Third Avenue, 39th Floor
>New York, NY 10022-3915
>Email: Irene.dubowy@tklaw.com
>Attorneys for Defendant Buy.Com, Inc.
>
>Suzanne Michelle Berger
>Bryan Cave LLP
>1290 Avenue of Americas
>New York, NY 10104
>Email: smberger@bryancave.com
>Attorneys for Tweeter Newco LLC and Tweeter Opco, LLC

I further certify that on March 31, 2008, I served a true and correct copy of the foregoing document via overnight courier service (Federal Express) upon:

>Bennett S. Silverberg
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY 10036-6522
>Attorneys for Tweeter Home Entertainment Group, Inc.
>
>Michael Mellis
>75 Ninth Avenue, 5th Floor
>New York, NY 10011
>Attorneys for MLB Advanced Media, L.P.

Dated: New York, New York
    March 31, 2008

By: /s/ Scott J. Pashman
Scott J. Pashman (SP-7620)

Case 1:07-cv-05567-JGK-HBP    Document 74    Filed 03/31/2008    Page 4 of 4