UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC,<br><br>　　　　Defendants. | Civil Case No. 07cv5567 (JCK) (HP)<br>Judge Koeltl<br><br>**JURY TRIAL DEMANDED**<br><br>ECF CASE |

**CORPORATE DISCLOSURE STATEMENT OF MAJOR LEAGUE BASEBALL PROPERTIES, INC. AND MLB ADVANCED MEDIA, L.P.**

　　　Pursuant to Federal Rule of Civil Procedure 7.1, Major League Baseball Properties, Inc. ("MLBP") and MLB Advanced Media, L.P. ("MLBAM") represent that:

　　　1.　　MLBP is wholly owned by parent corporation Major League Baseball Enterprises, Inc.

　　　2.　　There is no publicly held corporation that owns 10% or more of the stock of MLBP.

3. MLBAM is a limited partnership organized under the laws of the State of Delaware who partners consist of MLB Advanced Media, Inc., and MLB Media Holdings, L.P. ("MLBMH").

4. There is no publicly held corporation that owns 10% or more of the stock of MLBAM, MLBMH, or MLB Advanced Media, Inc.

Respectfully Submitted,

Dated: April 1, 2008
New York, New York

/s/ Michael J. Mellis
By:   Michael J. Mellis (MM-3844)
       Mitchell P. Schwartz (MS-2177)

MLB Advanced Media, L.P.
75 Ninth Avenue
5th Floor
New York, NY 10011

*Attorneys for Defendants*
*Major League Baseball Properties, Inc.*
*MLB Advanced Media, L.P.*

**Certificate of Service**

  I hereby certify that on April 1, 2008, I served a true and correct copy of the foregoing document via the Court's CM/ECF System upon:

Thomas J. Parker
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
Email: Thomas.parker@alston.com
Attorney for Plaintiff-Counter-Defendant Picture Patents, LLC

Robert Eliot Hanlon
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
Email: rhanlon@alston.com
Attorney for Plaintiff-Counter-Defendant Picture Patents, LLC

Janet Cullum
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, NY 10036-7798
Attorney for Defendant Aeropostale, Inc.

William Henry O'Brien
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, NY 10036-7798
Email: wobrien@cooley.com
Attorney for Defendant Aeropostale, Inc.

Scott Jason Pashman
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
Email: spashman@cooley.com
Attorney for Defendants Aeropostale, Inc., Dick's Sporting Goods, Inc., The Charlotte Russe, Inc., Linens 'N Things, Inc., and Defendant-Counter-Claimant GSI Commerce Solutions, Inc.

Irene Ribeiro Dubowy
Thompson & Knight, LLP
919 Third Avenue, 39th Flr.
New York, NY 10022-3915
Email: irene.dubowy@tklaw.com
Attorney for Defendant-Counter-Plaintiff Buy.com, Inc.

Suzanne Michelle Berger
Bryan Cave LLP
1290 Avenue of Americas
NY, NY 10104
212-541-2034
Fax: 212-541-1334
Email: smberger@bryancave.com
Attorney for Defendant Tweeter Newco LLC and Tweeter Opco, LLC

                                            /s/ Mitchell Schwartz
                                            Mitchell Schwartz (MS-2177)