


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PICTURE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.<br>07CV5567 (JGK)(HP)<br><br>**MOTION TO ADMIT<br>NATHAN K. CUMMINGS<br>PRO HAC VICE** |



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, the undersigned, William O'Brien, a member in good

standing of the bar of this Court, hereby moves for an Order admitting

>  Nathan K. Cummings
>  COOLEY GODWARD KRONISH LLP
>  One Freedom Square
>  11951 Freedom Drive
>  Reston, VA 20190-5656
>  Phone: (703) 456-8068
>  Fax: (703) 456-8100

as an attorney pro hac vice to argue or try this case in whole or part as counsel to Defendants GSI

Commerce Solutions, Inc., Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties, Inc., and NBA Media Ventures, LLC in this case. Nathan Cummings is a partner in the firm of Cooley Godward Kronish LLP and a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia. There are no pending disciplinary proceedings against Mr. Cummings in any state or federal court. I am informed that the plaintiff's counsel has been conferred with, and that plaintiff's counsel has no objection to the relief requested in this motion.

Dated: April 1, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

By: _/s/ William O'Brien_
William O'Brien (WO-5271)

357325 v2/RE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PICTURE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No.<br>07CV5567 (JGK)(HP)<br><br>**AFFIDAVIT OF WILLIAM O'BRIEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

William O'Brien, being duly sworn, hereby deposes and says as follows:

1. I am a partner of Cooley Godward Kronish LLP, counsel for Defendants GSI Commerce Solutions, Inc., Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties, Inc., and NBA Media Ventures, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Nathan Cummings as counsel pro hac vice to represent the above Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1978. I am also admitted to the bar of the Untied States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Nathan Cummings since 2007.

4. Mr. Cummings is a partner of Cooley Godward Kronish, in Reston, Virginia.

5. Mr. Cummings is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and with the rules of this Court.

6. As evidenced by the attached Certificates of Good Standing, Mr. Cummings is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia.

7. Accordingly, I am pleased to move the admission of Nathan Cummings, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Nathan Cummings, pro hac vice, which is attached.


WHEREFORE it is respectfully requested that the motion to admit Nathan Cummings, pro hac vice, to represent Defendants GSI Commerce Solutions, Inc., Dick's Sporting Goods, Inc.,

Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties, Inc. and NBA Media Ventures, LLC in the above captioned matter, be granted.

Dated: April 1, 2008                            Respectfully submitted,

                                                _____
                                                William O'Brien (WO-5271)


STATE OF NEW YORK           RUBEN D MORALES
                            Notary Public, State of New York
) ss:                       No. 01MO6084632
COUNTY OF _____           Qualified in Queens County
                            Commission Expires December 09, 2010

On the __1__ day of __April__, 2008 before me, the undersigned, a Notary Public in and for said State, personally appeared William O'Brien, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                _____
                                                Notary Public

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

NATHAN KAY CUMMINGS

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 1997.

I further certify that so far as the records of this office are concerned, NATHAN KAY CUMMINGS is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 27th day of March
A.D. 2008

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NATHAN K. CUMMINGS

was on the 8TH day of MARCH, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 25, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ 
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PICTURE PATENTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.<br><br>　　　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.<br>07CV5567 (JGK)(HP)<br><br>**AFFIRMATION OF NATHAN K. CUMMINGS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

　　　　NATHAN K. CUMMINGS, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury:

　　　　　　1.　　I am a partner in the law firm of Cooley Godward Kronish LLP, 11951 Freedom Drive, Reston, VA, 20190.

　　　　　　2.　　I submit this affirmation in support of the motion for my admission to practice pro hac vice in the above-captioned case.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of the Commonwealth of Virginia and District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore, I respectfully request that I be permitted to appear as counsel for Defendants GSI Commerce Solutions, Inc., Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties, Inc., and NBA Media Ventures, LLC.

Dated: March 31, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

By: _____
Nathan K. Cummings

358930 v2/RE

-2-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.<br><br>Defendants. | Civil Action No.<br>07CV5567 (JGK)(HP)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of William O'Brien, attorney for GSI Commerce Solutions, Inc., Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties Inc., and NBA Media Ventures, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Nathan K. Cummings
> COOLEY GODWARD KRONISH LLP
> One Freedom Square
> 11951 Freedom Drive
> Reston, VA 20190-5656
> Phone: (703) 456-8068
> Fax: (703) 456-8100

is admitted to practice pro hac vice as counsel for Defendants GSI Commerce Solutions, Inc.,

Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties Inc., and NBA Media Ventures, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 1, 2008

_____
United States District Judge

357331 v2/RE

## CERTIFICATE OF SERVICE

      I, William O'Brien, hereby certify that I caused a true and correct copy of the foregoing Motion to Admit Nathan K. Cummings *Pro Hac Vice,* the Affidavit of William O'Brien In Support of Motion to Admit Counsel *Pro Hac Vice* and the proposed Order for Admission to Practice *Pro Hac Vice* to be served by regular mail this 1st day of April 1, 2008 upon:

      Thomas Jude Parker
      Alston & Bird, LLP
      90 Park Avenue
      New York, New York  10016
      Tel: (212) 210-9400
      Fax: (212) 210-9444

      Attorneys for Plaintiff
      Picture Patents, LLC

                    */s/ William O'Brien*
                    William O'Brien (WO-5271)

1385024 v1/NY