UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
PICTURE PATENTS, LLC         )
                             )
        Plaintiff,           )
                             )
v.                           )      Civil Case No. 07cv5567
                             )      ORDER FOR ADMISSION PRO HAC VICE
AEROPOSTALE, INC.            )
        Defendant.           )
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08

Upon the motion of Thomas J. Parker, attorney for Picture Patents, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Robert E. Straight |
| Firm Name: | Alston & Bird LLP |
| Address: | The Atlantic Building |
| | 90 F. Street, NW |
| City/State/Zip: | Washington, D.C. 20004 |
| Phone Number: | 202-756-3300 |
| Fax Number: | 202-756-3333 |
| Email Address: | Rob.Straight@alston.com |

is admitted to practice pro hac vice as counsel for Picture Patents, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District Judge

LEGAL02/30632304v1