UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

PICTURE PATENTS, LLC, §
§
§
Plaintiff, §
§
v. §
§
AEROPOSTALE, INC., DICK'S §
SPORTING GOODS, INC., CHARLOTTE §   Civil Action No.
RUSSE, INC., GSI COMMERCE §   07CV5567 (JGK)(HP)
SOLUTIONS, INC., FOGDOG, INC., §
NATIONAL BASKETBALL §
ASSOCIATION, NBA §
PROPERTIES, INC., NBA MEDIA §   **ORDER FOR ADMISSION**
VENTURES, LLC, MAJOR LEAGUE §   **PRO HAC VICE**
BASEBALL PROPERTIES, INC., MLB §   **ON WRITTEN MOTION**
ADVANCED MEDIA, L.P., LINENS 'N §
THINGS, INC., TWEETER HOME §
ENTERTAINMENT GROUP, INC., §
TWEETER NEWCO, LLC, TWEETER §
OPCO, LLC, BUY.COM, INC. §

Defendants.

Upon the motion of William O'Brien, attorney for GSI Commerce Solutions, Inc., Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties Inc., and NBA Media Ventures, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Nathan K. Cummings
>COOLEY GODWARD KRONISH LLP
>One Freedom Square
>11951 Freedom Drive
>Reston, VA 20190-5656
>Phone: (703) 456-8068
>Fax: (703) 456-8100

is admitted to practice pro hac vice as counsel for Defendants GSI Commerce Solutions, Inc.,

Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties Inc., and NBA Media Ventures, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 1, 2008

4/9/08          _____
                United States District Judge

357331 v2/RE

-2-