UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -     X
PICTURE PATENTS, LLC                            :

        Plaintiff,                              :

        v.                                      :       Case No. 07 CV 05465 (JGK) (HBP)

TERRA HOLDINGS, LLC                             :
HALSTEAD PROPERTY, LLC
BROWN HARRIS STEVENS, LLC                       :

        Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - -     X
PICTURE PATENTS, LLC,                           :

        Plaintiff,                              :

        v.                                      :       Case No. 07 CV 05567 (JGK) (HBP)

AEROPOSTALE, INC., DICK'S                        :
SPORTING GOODS, INC., CHARLOTTE
RUSSE, INC., GSI COMMERCE                        :
SOLUTIONS, INC., FOGDOG, INC.,                   :
NATIONAL BASKETBALL
ASSOCIATION, NBA PROPERTIES, INC.,              :
NBA MEDIA VENTURES, LLC, MAJOR
LEAGUE BASEBALL PROPERTIES, INC.,               :
MLB ADVANCED MEDIA, L.P., LINENS 'N
THINGS, INC., TWEETER NEWCO, LLC,                :
TWEETER OPCO, LLC, BUY.COM, INC.

        Defendants.                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - -     X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

## RULE 26(f) PROPOSED CIVIL CASE
## DISCOVERY PLAN AND SCHEDULING ORDER

The parties have conferred and, pursuant to Rules 26(f) and 16 of the Federal Rules Civil Procedure, submit the following proposed discovery plan and scheduling order to the Court:

### I.      Consolidation

The cases shall be informally consolidated for purposes of discovery.  The parties in both the above captioned cases reserve the right to seek or oppose consolidation for purposes of trial.

### II.      Joinder of Additional Parties

Joinder of additional parties may be accomplished                                    4/15/08
without leave of Court

### III.      Filing of Amended Pleadings

Amended pleadings may be filed without leave of Court                          5/15/08

### IV.      Topics for Discovery

A.    Plaintiff:  Infringement, Damages including the amount of reasonable royalty, Willfulness

B.    Defendants:  Infringement, Damages, Defenses, and Counterclaims including but not limited to e.g. prosecution history, prior art, obviousness, royalty, market factors, laches, invalidity, marking, notice, licensing, inequitable conduct, and invention

### V.      Discovery

A.    Plaintiff shall serve claim charts removing all references to Rule 408.        4/11/08
Plaintiff shall amend the claim charts to include Plaintiff's present
knowledge, including promotional e-mails, marketing materials and
advertisements.

B.    Rule 26(a) disclosures are to be served                                              5/15/08

C.    All fact discovery is to be completed                                              12/1/08

D.    Contention Interrogatories on Infringement,                                      6/1/08
Invalidity and Unenforceability may be served
By Defendants

E.    Contention Interrogatories on Infringement may be served                  6/15/08
by Plaintiff

F.    Contention Interrogatories on Invalidity and Unenforceability may be        6/1/08
served by Plaintiff

G.    Defendants Terra Holdings, LLC and Halstead Property, LLC shall            4/25/08
respond to Plaintiff's First Set of Interrogatories and First Set of
Request for Production of Documents.

## VI.    Electronically Stored Information

The parties agree to follow Fed. R. Civ.P. 34 and to confer and develop a plan with respect to the production of electronically stored information.

## VII.    Claim Construction

| A. | The parties shall exchange a list of patent claim terms which may need to be construed | 8/15/08 |
| B. | The parties shall exchange their proposed claim constructions | 8/29/08 |

## VIII.    Expert Discovery

| A. | Opening expert report for the party bearing the burden of proof shall be served | 12/8/08 |
| B. | Rebuttal expert report shall be served | 1/23/09 |
| C. | Expert discovery closes | 3/5/09 |
| D. | Dispositive motions shall be filed no later than | 4/3/09 |

## IX.    Pre-Trial Order

The parties will submit a pre-trial order in a form conforming with the Federal Rules of Civil Procedure and the Court's instructions on 4/24/09 or 30 days after a decision on any dispositive motions, whichever is later.

## X.    Pre-Trial Conference

The parties may hold a pre-trial conference pursuant to Fed. R. Civ.P. 16(d) at any time upon request to the Court.

## XI.    Protective Order

The parties agree that a protective order governing the exchange of confidential information will be necessary in this case and will file a stipulated protective order.

## XII.    Trial

This case will be tried by a jury.

The cases must be ready for trial on 48 hours notice on or after 5/1/09 or 45 days after a decision on any dispositive motion, whichever is later.

Respectfully submitted,

<u>Counsel</u>

ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387


By:  /s/ Thomas J. Parker
      Thomas J. Parker, Esq.

*Attorneys for Picture Patents, LLC*




THOMPSON & KNIGHT LLP
919 Third Avenue, 39th Floor
New York, New York 10022-3915


By: /s/ John J. Driscoll
      John J. Driscoll, Esq.

*Attorneys for Buy.com*

COOLEY GODWARD KRONISH LLP
1114 Avenue of Americas
New York, New York 10036-7798


By:  /s/ Janet L.Cullum
      Janet L. Cullum, Esq.

*Attorneys for
Aeropostale, Inc.
Dick's Sporting Goods, Inc.
GSI Commerce Solutions, Inc.
Charlotte Russe, Inc.
Linens 'n Things, Inc.
National Basketball Association
NBA Properties, Inc.
NBA Media Ventures, LLC
Major League Baseball Properties, Inc.
MLB Advanced Media, Inc.*


LAW OFFICES OF ANDREW P. SAULITIS
P.C.
555 Madison Avenue
New York, New York  10022-3301


By:  /s/ Andrew P. Saulitis
      Andrew P. Saulitis, Esq.

*Attorneys for
Terra Holdings, LLC
Halstead Property, LLC
Brown Harris Stevens, LLC*

BRYAN CAVE LLP
1290 Avenue of Americas
New York, New York 10104

By: /s/ Suzanne M. Berger
    Suzanne M. Berger, Esq.
    Joseph Richetti, Esq.

*Attorneys for*
*Tweeter Newco, LLC*
*Tweeter Opco, LLC*

SO ORDERED

Dated: 4/9, 2008

Honorable John G. Koeltl
United States District Judge