AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                             DISTRICT OF                             New York

Picture Patents, LLC,

    Plaintiff,

v.

Aeropostale, Inc., et al.

    Defendants.

**APPEARANCE**

Case Number:  07-cv-05567-JGK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Picture Patents, LLC, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/11/2008 | *Janice A. Christensen* (signature) |
| Date | Signature |
| | Janice A. Christensen — JC-8280 |
| | Print Name — Bar Number |
| | Alston & Bird LLP, 90 Park Avenue |
| | Address |
| | New York — NY — 10016 |
| | City — State — Zip Code |
| | (212) 210-9589 — (212) 210-9444 |
| | Phone Number — Fax Number |