OAO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                   District of          New York

Picture Patents, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Aeropostale, Inc.
Dick's Sporting Goods, Inc.
Charlotte Russe, Inc.                          CASE NUMBER: 07cv5567
GSI Commerce Solutions, Inc.
Fogdog, Inc.
GSI Commerce, Inc.
National Basketball Association
NBA Properties, Inc.
NBA Media Ventures, LLC
Major League Baseball Properties, Inc.
MLB Advanced Media, L.P.
Linens 'n Things, Inc.
Tweeter Newco, LLC
Tweeter Opco, LLC
Buy.com, Inc.


TO:   GSI Commerce, Inc.
      c/o Janet Cullum
      Cooley Godward Kronish LLP
      1114 Avenue of Americas
      New York, New York 10036-7798


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016


an answer to the complaint which is served on you with this summons, within_____20_____days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


**J. MICHAEL McMAHON**

CLERK                                          DATE          APR 0 8 2008

(By) DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PICTURE PATENTS, LLC, <br> Plaintiff, <br><br> v. <br><br><br> AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., GSI COMMERCE, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 07cv5567 (JGK) (HBP) <br><br> Affidavit of Service |

STATE OF NEW YORK )
                      ) ss:
COUNTY OF NEW YORK )

Kim Fitzgerald, being duly sworn, deposes and says, that deponent is not a party

to the action, is over 18 years of age and is employed by Alston & Bird LLP, attorneys

for plaintiff.

That on the 9th day of April 2008, at approximately the time of 2:15 p.m.,

deponent served true copies of the Summons and Third Amended Complaint upon GSI

Commerce, Inc. by personally delivering and leaving the same with Nick Ficorelli,

Managing Clerk at Cooley Godward Kronish LLP at 1114 Avenue of the Americas, New

York, NY 10036-7798, who was authorized to accept service on behalf of GSI

Commerce, Inc.

Nick Ficorelli is a white male, approximately 35 years of age, stands

LEGAL02/30769843v1

- 2 -

approximately 5 feet 7 inches tall and weighs approximately 150 pounds with brown hair

and brown eyes.

*Kim Fitzgerald*

Kim Fitzgerald


Sworn to before me this
11th day of April, 2008


*Jeannine Grudzien*

Notary Public

**JEANNINE GRUDZIEN**
**Notary Public, State of New York**
No. 01GR6178877
Qualified in New York County
Commission Expires December 10, 20___

LEGAL02/30769843v1