IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.<br><br>      Defendants. | Civil Case No. 07cv5567<br><br>AFFIDAVIT NO. 1 IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

Srilakshmi M. Ravi, being duly sworn, deposes and states:

    1.    I am an Associate at Alston & Bird LLP, attorneys for Plaintiff Picture Patents, LLC, in the above-entitled action and I am familiar with the facts set forth herein. The facts contained in this Affidavit are based on my personal knowledge.

    2.    A true and correct copy of the March 28, 2008 Dun & Bradstreet Report for Schultze Asset Management, LLC, stating that Schultze Asset Management, LLC is located at 3000 Westchester Avenue, Suite 204 Purchase NY 10577, is attached hereto as **Exhibit A**.

3.  A true and correct copy of the Schultze Asset Management, LLC webpage, located at http://www.samco.net/contact.htm (last accessed April 14, 2008), stating that Schultze Asset Management, LLC is located at 3000 Westchester Avenue, Suite 204 Purchase NY 10577, is attached hereto as **Exhibit B**.

4.  A true and correct copy of the March 28, 2008 Dun & Bradstreet Report for Tweeter Newco LLC, stating that Tweeter Newco LLC began in 2007 after Schultze Asset Management, LLC invested $38,000,000 in July 2007 to purchase the assets of Tweeter Home Entertainment Group, Inc., is attached hereto as **Exhibit C**.

5.  A true and correct copy of the July 13, 2007 Boston Globe news article, located at http://www.boston.com/business/articles/2007/13/ny_firm_to_acquire_tweeter_for_38m/ (last accessed March 38, 2008), detailing that Schultze Asset Management, LLC of Purchase, NY purchased Tweeter's assets for $38 million, is attached hereto as **Exhibit D**.

6.  A true and correct copy of the September 6, 2007 Reuters news article, located at http://www.reuters.com/articlePrint?articleId=USWNAS358220070906 (last accessed March 38, 2008), detailing that Tweeter Newco LLC is a privately held portfolio company of Schultze Asset Management LLC and that Schultze provided Tweeter with a new $20 million term loan, is attached hereto as **Exhibit E**.

7.  A true and correct copy of the Schultze Asset Management, LLC webpage, located at http://www.samco.net/schultze.htm (last accessed April 14, 2008), stating that George J. Schultze currently serves on the creditor committee for Tweeter Home Entertainment Group, Inc.'s Post-Petition Lender's Committee and that Mr. Schultze was elected to the Board of Directors for Tweeter Newco, LLC, is attached hereto as **Exhibit F**.

8.	A true and correct copy of the August 19, 2007 Boston Herald news article, located at http://www.bostonherald.com/business/general/view.bg?articleid=1017914 (last accessed April 14, 2008), stating that Schultze Asset Management LLC, a Purchase, N.Y.-based investment firm, notified 80 Tweeter workers from the level of vice president on down in the merchandizing, marketing, engineering and corporate communications divisions, via letters from the company head George Schultze that their employment was terminated effectively, is attached hereto as **Exhibit G**.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 14th day of April, 2007.

                                      Srilakshmi M. Ravi
                                      90 Park Avenue
                                      New York, New York 10016-1387
                                      (212) 210-9546 (phone)
                                      (212) 922-3856 (facsimile)
                                      srilu.ravi@alston.com

Sworn to before me this
14th day of April, 2008

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010