# EXHIBIT B




# SCHULTZE ASSET MANAGEMENT, LLC.
SPECIAL SITUATION INVESTING IN FINANCIALLY TROUBLED AND DISTRESSED CREDITS

HOME | OUR TEAM | CAREERS | CONTACT US

## contact us



Name:
E-mail:
Phone:
Comments:

SEND

**Schultze Asset Management LLC**
3000 Westchester Avenue, Suite 204
Purchase NY 10577

**Phone**
914-701-5260

**Fax**
914-701-5269

**E-mail**
info@samco.net

## driving directions

### FROM CONNECTICUT

- Take I-95 South to I-287 West (Tappan Zee Bridge/White Plains).
- Travel 1 mile to Exit 10 - Bowman Ave.
- Proceed to light at end of exit ramp and go straight through intersection.
- At the next light, make right on to NY 120A.
- Proceed 100 yards to next light.
- Turn left into Harrison Executive Park. Follow signs to Building 3000 at far end of Park, 2nd Floor.

### FROM NYC VIA I-95 NORTH

### FROM NYC VIA MAJOR DEEGAN EXPRESSWAY

- Take I-87 North (Major Deegan Expressway) towards Albany.
- Take Exit # 4 – towards Cross County Parkway.
- Stay straight to Central Park Avenue.
- Take Cross County Parkway East ramp towards Bronx River Parkway. Keep left at the fork in the ramp.
- Merge onto Cross County Parkway East. This Becomes Hutchinson River Parkway North.
- Take Exit 26E towards I-287 East/Rye.
- Merge onto Westchester Avenue which becomes NY – 120/120A.
- Follow Westchester Avenue under I-287 bridge and proceed straight on NY – 120A.
- Go straight through first light. Proceed 100 yards to

- Take I-95 North from New York to I-287 West (Tappan Zee Bridge/White Plains)
- See directions above.

**FROM NEW JERSEY**

- Take I-287 East across Tappan Zee Bridge.
- Follow I-287 East to Exit 10 – Rye/Port Chester.
- Stay to the left and follow signs for Westchester Avenue/Port Chester.
- Westchester Avenue becomes NY – 120/120A.
- Follow Westchester Avenue under I-287 bridge and proceed straight on NY – 120A.
- Go straight through first light. Proceed 100 yards to next light.
- Take left into Harrison Executive Park. Follow signs to Building 3000 at far end of Park, 2nd Floor.

next light.
- Take left into Harrison Executive Park. Follow signs to Building 3000 at far end of Park, 2nd Floor.

**TRAIN FROM NYC: (EASIEST ROUTE DURING RUSH HOUR)**

- This is the easiest route from NYC during rush hour.
- Travel from Grand Central Station in NYC to Rye, NY (express trains take about 30 minutes.)
- On arrival at Rye Station, simply ask a taxi (or call us to come pick you up) to drive you to 3000 Westchester Avenue. Our offices are on the second floor.
- Train schedules are available at www.mta.info

**We look forward to seeing you.**

Home | About Us | Contact Us

Copyright © 2007, Schultze Asset Management, LLC. All Rights Reserved.