# EXHIBIT C



## Comprehensive Report

To save report(s) to your PC, click here for instructions.   Print this Report

Copyright 2008 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264761384L

ATTN: **329846/ravi**   Report Printed: MAR 28 2008

# Overview

**BUSINESS SUMMARY**

**TWEETER NEWCO, LLC**
TWEETER
**40 Pequot Way**
**Canton, MA 02021**

**D&B D-U-N-S Number:**   80-589-3471

**Now Included with this Report** **NEW!**
**D&B's Credit Limit Recommendation**
How much credit should you extend?
Learn More   View Now
**Payment Trends Profile**
Payment trends and industry benchmarks
Jump to Payment Trends

**Rating Change**

Do not confuse with Tweeter Home Entertainment Group, Inc..
This is a **headquarters** location.
Branch(es) or division(s) exist.

| | |
|---|---|
| **Telephone:** | 781 830-3314 |
| **Manager:** | GEORGE GRANOFF, CEO |
| **Year started:** | 2007 |
| **Employs:** | 3,000 (250 here) |
| **History:** | INCOMPLETE |
| **SIC:** | 5731 |

**Line of business:** Retailer of consumer electronics

**Credit Score Class:** 2
Moderate risk of severe payment delinquency over next 12 months



**Financial Stress Class:** 1
Low risk of severe financial stress over the next 12 months



**12-Month D&B PAYDEX®:** 80
When weighted by dollar amount, payments to suppliers average generally within terms.



**D&B Rating:**   --
Formerly
ERN



**EXECUTIVE SUMMARY**

The **Financial Stress Class of 1** for this company shows that firms with this classification had a failure rate of 1.2% (120 per 10,000), which is lower than the average of businesses in D&B's database

The **Credit Score class of 2** for this company shows that 4.6% of firms with this classification paid one or more bills severely delinquent, which is lower than the average of businesses in D&B's database.

| Predictive Scores | This Business | Comments |
|---|---|---|
| **Financial Stress Class** | 1 | Failure Rate lower than the average of businesses in D&B's database |
| **Financial Stress Score** | 1400 | Highest Risk: 1,001; Lowest Risk: 1,875 |
| **Credit Score Class** | 2 | Probability of Severely Delinquent Payment is lower than the average of businesses in D&B's database. |
| **Credit Score** | 511 | Highest Risk: 101; Lowest Risk: 670 |
| **Other Key Indicators** | | |
| **PAYDEX Scores** | generally within terms | Pays more promptly than the average for its industry of 11 days beyond terms |
| **Industry Median** | 11 days beyond terms | |
| **Present management control** | 1 year | |
| **UCC Filings** | UCC filing(s) are reported for this business | |
| **Public Filings** | Evidence of open judgement only in the D&B database | |
| **History** | Is incomplete | |
| **Special Events** | Are reported for this business | |

## CREDIT CAPACITY SUMMARY

**D&B Rating:--**

The blank rating symbol should not be interpreted as indicating that credit should be denied. It simply means that the information available to D&B does not permit us to classify the company within our rating key and that further enquiry should be made before reaching a decision. Some reasons for using a "-" symbol include: deficit net worth, bankruptcy proceedings, insufficient payment information, or incomplete history information. For more information, see the D&B Rating Key.

| # of Employees Total: | 3,000 (250 here) | Payment Activity: (based on 11 experiences) | |
|---|---|---|---|
| | | Average High Credit: | $278,750 |
| | | Highest Credit: | $3,000,000 |
| | | Total Highest Credit: | $3,066,250 |

## SPECIAL EVENTS

09/07/2007
**LINE OF CREDIT:** According to published reports, Tweeter Newco, LLC announced that it has received $80 million in new financing. The new financing includes a $60 million asset-based loan facility from Wells Fargo Retail Finance, LLC and a new $20 million term loan from Schultze.

08/24/2007
**ANNOUNCED CHIEF EXECUTIVE CHANGE:** According to published reports, Tweeter Newco, LLC announced that George Granoff has been appointed as new Chief Executive Officer. The companys former CEO, Joe McGuire has resigned.

**CHANGE OF CHIEF EXECUTIVE:** According to published reports, Tweeter Newco, LLC announced that George Granoff has been appointed as the company's new Chief Executive Officer. The former CEO Joe McGuire has resigned.

Jump to:

Overview | Payments | Public Filings | History & Operations | Banking & Finance

## Scores 

### FINANCIAL STRESS SUMMARY

The Financial Stress Summary Model predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganization or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&B's extensive data files.

**Financial Stress Class: 1**

Low risk of severe financial stress, such as a bankruptcy, over the next 12 months.

**Incidence of Financial Stress**

Among Businesses with this Class: 1.20% (120 per 10,000)
Average of Businesses in D&B's Database: 2.60% (260 per 10,000)

**Financial Stress National Percentile: 63** (Highest Risk: 1; Lowest Risk: 100)

**Financial Stress Score: 1400** (Highest Risk: 1,001; Lowest Risk: 1,875)

The Financial Stress Score of this business is based on the following factors:

- 1% of trade dollars indicate slow payment(s) are present.
- Control age or date entered in D&B files indicates higher risk.

**Notes:**

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations with loss to creditors. The Average Incidence of Financial Stress is based on businesses in D&B's database and is provided for comparative purposes.
- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.
- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Financial Stress Class, Percentile, Score and Incidence statistics are based on sample data from 2004.

| Norms | National % |
|---|---|
| This Business | 63 |
| Region: **NORTHEAST** | 50 |
| Industry: **GENERAL RETAIL** | 42 |
| Employee Range: **500+** | 99 |
| Years in Business: **1-2** | 42 |



This business has a Financial Stress Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Higher risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

**CREDIT SCORE CLASS SUMMARY**

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months. It was calculated using statistically valid models and the most recent payment information in D&B's files.

**Credit Score Class: 2** 

Moderate risk of severe payment delinquency over next 12 months.

**Incidence of Delinquent Payment**

Among Companies with this Class:            4.60%
Average Compared to Businesses in D&B's Database: 20.10%

**Credit Score Percentile: 79** (Highest Risk: 1; Lowest Risk: 100)

**Credit Score: 511** (Highest Risk: 101; Lowest Risk: 670)

The Credit Score of this business is based on the following factors:

- There are no credit score comments for this case

**Notes:**

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.
- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a

lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.
- The Credit Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Credit Class, Percentile, Score and Incidence statistics are based on sample data from 2004.



| Norms | National % |
|---|---|
| This Business | 79 |
| Region: NORTHEAST | 50 |
| Industry: GENERAL RETAIL | 50 |
| Employee Range: 500+ | 79 |
| Years in Business: 1-2 | 24 |

This business has a Credit Score Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Similar risk compared to other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

Jump to:
   Overview  |  Scores  |  Public Filings  |  History & Operations  |  Banking & Finance

# Payments ☑ D&B EXCLUSIVE

**PAYMENT TRENDS**

| | | | | |
|---|---|---|---|---|
| Total Payment Experiences in D&B's File: | 11 | | Current PAYDEX is: | 80 equal to generally within terms |
| Payments Within Terms: (not dollar weighted) | 60% | | Industry Median is: | 73 equal to 11 days beyond terms |
| Total Placed For Collection: | 0 | | Payment Trend currently is: | ⟷ unchanged, compared to payments three months ago |
| Average Highest Credit: | $278,750 | | | |
| Largest High Credit: | $3,000,000 | | Indications of slowness can be the result of dispute over merchandise, skipped invoices, etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed. | |
| Highest Now Owing: | $2,000,000 | | | |
| Highest Past Due: | $2,500 | | | |

**PAYDEX Scores**

Shows the D&B PAYDEX scores as calculated on the most recent 3 months and 12 months of payment experiences.

The D&B PAYDEX is a unique, dollar weighted Indicator of payment performance based on up to payment experiences as reported to D&B by trade references. A detailed explanation of how to read and interpret PAYDEX scores can be found at the end of this report.

**3-Month D&B PAYDEX: 80**
When weighted by dollar amount, payments to suppliers average within terms.



**12-Month D&B PAYDEX: 80**
When weighted by dollar amount, payments to suppliers average generally within terms.



Based on payments collected over last 3 months.    Based on payments collected over last 12 months.



**PAYDEX Yearly Trend**

**12 Month PAYDEX Scores Comparison to Industry**

|  | 4/07 | 5/07 | 6/07 | 7/07 | 8/07 | 9/07 | 10/07 | 11/07 | 12/07 | 1/08 | 2/08 | 3/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This Business | UN | UN | UN | UN | UN | UN | UN | 80 | 80 | 80 | 80 | 80 |
| Industry Quartiles | | | | | | | | | | | | |
| Upper | | | 80 | | | 80 | | | 76 | | | 80 |
| Median | | | 77 | | | 77 | | | 73 | | | 77 |
| Lower | | | 67 | | | 66 | | | 67 | | | 67 |

Shows the trend in D&B PAYDEX scoring over the past 12 months.



**Last 12 Months**

Based on payments collected over the last 12 months.

- Current PAYDEX for this Business is 80, or equal to generally within terms
- The 12-month high is **80**, or equal to generally within terms
- The 12-month low is **unavailable**

**PAYDEX Comparison to Industry**

Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters. The

Primary Industry is Retailer of consumer electronics, based on SIC code 5731.

**Quarterly PAYDEX Scores Comparison to Industry**

Previous Year

| This Business | 3/06 | 6/06 | 9/06 | 12/06 |
|---|---|---|---|---|
|  | UN | UN | UN | UN |
| **Industry Quartiles** | | | | |
| Upper | 80 | 80 | 80 | 80 |
| Median | 76 | 76 | 77 | 77 |
| Lower | 65 | 65 | 66 | 66 |

Current Year

| This Business | 3/07 | 6/07 | 9/07 | 12/07 |
|---|---|---|---|---|
|  | UN | UN | UN | 80 |
| **Industry Quartiles** | | | | |
| Upper | 80 | 80 | 80 | 76 |
| Median | 77 | 77 | 77 | 73 |
| Lower | 67 | 67 | 66 | 67 |



**Last 12 Months**

Based on payments collected over the last 4 quarters.

| Score Comparison Key: | ▷ This Business | ▲ Industry upper quartile |
|---|---|---|
|  |  | ■ Industry median |
|  |  | ▼ Industry lower quartile |

- Current **PAYDEX** for this Business is **80**, or equal to generally within terms
- The present industry **median score** is **73**, or equal to 11 days beyond terms.

- Industry upper quartile represents the performance of the payers in the 75th percentile
- Industry lower quartile represents the performance of the payers in the 25th percentile

**Payment Habits**

For all payment experiences within a given amount of credit extended, shows the percent that this Business paid within terms. Provides number of experiences used to calculate the percentage, and the total dollar value of the credit extended.



| $ Credit Extended | % of Payments Within Terms | # Payment Experiences | $ Total Dollar Amount |
|---|---|---|---|



| | | |
|---|---|---|
| Over 100,000 | 1 | $3,000,000 |
| 50,000-100,000 | 0 | $0 |
| 15,000-49,999 | 2 | $50,000 |
| 5,000-14,999 | 1 | $10,000 |
| 1,000-4,999 | 3 | $6,000 |
| Under 1,000 | 4 | $250 |

Based on payments collected over the last 12 months.

Payment experiences reflect how bills are met in relation to the terms granted. In some instances, payment beyond terms can be the result of disputes over merchandise, skipped invoices, etc.

PAYMENT SUMMARY

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

There are 11 payment experiences in D&B's file for the most recent 12 months, with 10 experiences reported during the last three month period.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

| | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | <31 | 31-60 | 61-90 | 90> |
| **Top industries:** | | | | | | | | |
| Telephone communictns | 7 | 28,700 | 15,000 | 92 | 2 | 0 | 6 | 0 |
| Whol appliances | 1 | 3,000,000 | 3,000,000 | 100 | 0 | 0 | 0 | 0 |
| Short-trm busn credit | 1 | 35,000 | 35,000 | 100 | 0 | 0 | 0 | 0 |
| Whol office equipment | 1 | 2,500 | 2,500 | 50 | 0 | 0 | 50 | 0 |
| Nonclassified | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| **Other payment categories:** | | | | | | | | |
| Cash experiences | 0 | 0 | 0 | | | | | |
| Payment record unknown | 0 | 0 | 0 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collections:** | | | | | | | | |
| With D&B | 0 | 0 | 0 | | | | | |
| Other | 0 | N/A | 0 | | | | | |
| Total in D&B's file | 11 | | 3,000,000 | | | | | |

The highest **Now Owes** on file is $2,000,000 The highest **Past Due** on file is $2,500

Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed. Indications of slowness can be result of dispute over merchandise, skipped invoices, etc.

PAYMENT DETAILS

**Detailed payment history**

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 02/08 | Ppt | 3,000,000 | 2,000,000 | 0 | | 1 mo |

| | | | | | |
|---|---|---|---|---|---|
| | Ppt | 35,000 | 7,500 | 0 | 1 mo |
| | Ppt-Slow 90 | 2,500 | 2,500 | 2,500 | 1 mo |
| 01/08 | Ppt | 15,000 | 15,000 | 0 | 1 mo |
| | Ppt | 10,000 | 10,000 | 0 | 1 mo |
| | Ppt-Slow 30 | 100 | 100 | 50 | 1 mo |
| | Ppt-Slow 60 | 50 | 0 | 0 | 1 mo |
| | Ppt-Slow 90 | 2,500 | 500 | 0 | 1 mo |
| | Slow 30-90 | 1,000 | 100 | 50 | 1 mo |
| | Slow 90 | 50 | 0 | 0 | 6-12 mos |
| 11/07 | Ppt | 50 | 50 | | 4-5 mos |

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

---

Jump to:
   Overview   |   Scores   |   Payments   |   History & Operations   |   Banking & Finance

## Public Filings

PUBLIC FILINGS

The following data includes both open and closed filings found in D&B's database on the subject company.

| Record Type | # of Records | Most Recent Filing Date |
|---|---|---|
| Bankruptcy Proceedings | 0 | - |
| Judgments | 1 | 05/23/2007 |
| Liens | 0 | - |
| Suits | 0 | - |
| UCC's | 9 | 01/30/2008 |

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

JUDGMENTS

| | |
|---|---|
| Status: | **Unsatisfied** |
| DOCKET NO.: | J0703027613 |
| Judgment type: | Judgment |
| Against: | TWEETER |
| In favor of: | DUSTIN PHOUNG NGUYEN |
| Where filed: | NEW CASTLE COUNTY JUSTICE OF THE PEACE COURT #13, WILMINGTON, DE |
| Date status attained: | 05/23/2007 |
| Date entered: | 05/23/2007 |
| Latest Info Received: | 06/22/2007 |

UCC FILINGS

| | |
|---|---|
| Collateral: | Account(s) including proceeds and products - General intangibles(s) including proceeds and products - Chattel paper including proceeds and products - CONSIGNED MERCHANDISE including proceeds and products |
| Type: | Original |
| Sec. party: | DR. BOTT LLC, WILSONVILLE, OR |
| Debtor: | TWEETER NEWCO, LLC |
| Filing number: | 2007 4169560 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| Date filed: | 11/01/2007 |
| Latest Info Received: | 11/29/2007 |

| | |
|---|---|
| Collateral: | CONSIGNED MERCHANDISE and proceeds |
| Type: | Original |
| Sec. party: | POLK AUDIO, INC., BALTIMORE, MD |
| Debtor: | TWEETER NEWCO, LLC |
| Filing number: | 2007 4414743 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| Date filed: | 11/20/2007 |
| Latest Info Received: | 12/20/2007 |

| | |
|---|---|
| Collateral: | CONSIGNED MERCHANDISE and proceeds |
| Type: | Amendment |
| Sec. party: | POLK AUDIO, INC., BALTIMORE, MD |
| Debtor: | TWEETER NEWCO, LLC |
| Filing number: | 2008 0367258 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| Date filed: | 01/30/2008 |
| Latest Info Received: | 02/28/2008 |
| Original UCC filed date: | 11/20/2007 |
| Original filing no.: | 2007 4414743 |

| | |
|---|---|
| Collateral: | CONSIGNED MERCHANDISE and proceeds |
| Type: | Original |
| Sec. party: | POLK AUDIO, INC., BALTIMORE, MD |
| Debtor: | TWEETER and OTHERS |
| Filing number: | 2007 4414735 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| Date filed: | 11/20/2007 |
| Latest Info Received: | 12/20/2007 |

| | |
|---|---|
| Collateral: | CONSIGNED MERCHANDISE and proceeds |
| Type: | Amendment |
| Sec. party: | POLK AUDIO, INC., BALTIMORE, MD |
| Debtor: | TWEETER and OTHERS |
| Filing number: | 2008 0367241 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| Date filed: | 01/30/2008 |
| Latest Info Received: | 02/28/2008 |
| Original UCC filed date: | 11/20/2007 |
| Original filing no.: | 2007 4414735 |

| | |
|---|---|
| Collateral: | CONSIGNED MERCHANDISE |
| Type: | Original |
| Sec. party: | JL AUDIO, INC., MIRAMAR, FL |
| Debtor: | TWEETER and OTHERS |
| Filing number: | 2007 4481312 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| Date filed: | 11/27/2007 |
| Latest Info Received: | 12/31/2007 |

| | |
|---|---|
| Type: | Amendment |
| Sec. party: | POLK AUDIO, INC. |
| Debtor: | TWEETER NEWCO, LLC |
| Filing number: | 2007 3635314 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

| | |
|---|---|
| Date filed: | 09/26/2007 |
| Latest Info Received: | 10/26/2007 |
| Original filing no.: | 4096025 4 |

| | |
|---|---|
| Type: | Amendment |
| Sec. party: | POLK AUDIO, INC. |
| Debtor: | TWEETER NEWCO |

| | |
|---|---|
| **Filing number:** | 2007 3635348 |
| **Filed with:** | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |
| **Date filed:** | 09/26/2007 |
| **Latest Info Received:** | 10/26/2007 |
| **Original filing no.:** | 4096025 4 |

| | |
|---|---|
| **Type:** | Amendment |
| **Sec. party:** | POLK AUDIO, INC. |
| **Debtor:** | TWEETER and OTHERS |
| **Filing number:** | 2007 3635363 |
| **Filed with:** | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |
| **Date filed:** | 09/26/2007 |
| **Latest Info Received:** | 10/26/2007 |
| **Original filing no.:** | 4096025 4 |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

Jump to:

Overview  |  Scores  |  Payments  |  Public Filings  |  Banking & Finance

## History & Operations

**HISTORY**

The following information was reported **10/11/2007**:

**Management:**   GEORGE GRANOFF, CEO

The company was registered as a Limited Liability Company in the State of Delaware on June 22, 2007.

Business started 2007.

The company began in 2007 after Schultze Asset Management, LLC invested $38,000,000 in July 2007 to purchase the assets of Tweeter Home Entertainment Group, Inc., Pequot, MA.

Schultze invested an additional $20,000,000 in September 2007 in the form of a term loan, and Wells Fargo Retail Finance, LLC supplied the company with a $60,000,000 asset-based loan facility.

GEORGE GRANOFF. His specialty retail experience includes roles as COO of Party City, CEO of The Art Store, Inc. a Milford, MA art supply specialty retailer, and founder and CEO of Sherborn Optical.

**AFFILIATES:**
The following are related through common principals, management and/or ownership: Schultze Asset Management, LLC, Purchase, NY. Started '1998'. DUNS #069748072. Operates as an investment advisory service.

**OPERATIONS**

10/11/2007

| | |
|---|---|
| **Description:** | The company operates as a consumer of specialty electronics. |
| | Terms are cash, credit card, and check. Sells to the general public. Territory : United States. |
| **Employees:** | 3,000 which includes partners. 250 employed here. |
| **Facilities:** | Occupies premises in a building. |
| **Branches:** | This business has multiple branches, detailed branch information is available in Dun & Bradstreets linkage or family tree products. |

**SIC & NAICS**

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

| | |
|---|---|
| 57310000 | Radio, television, and electronic stores |
| 57310202 | Video recorders, players, disc players, and accessories |
| 57319903 | High fidelity stereo equipment |
| 57319907 | Radios, two-way, citizens band, weather, short-wave, etc. |

**NAICS:**

| | |
|---|---|
| 443112 | Radio, Television, and Other Electronics Stores |
| 443112 | Radio, Television, and Other Electronics Stores |
| 443112 | Radio, Television, and Other Electronics Stores |
| 443112 | Radio, Television, and Other Electronics Stores |

Jump to:   Overview   |   Scores   |   Payments   |   Public Filings   |   History & Operations

# Banking & Finance

**KEY BUSINESS RATIOS**

D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.
To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

**Based on this number of establishments: 47**

### Industry Norms based on 47 establishments

| | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 1.4 | UN |
| Return on Net Worth | UN | 7.3 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 1.7 | UN |
| Quick Ratio | UN | 0.8 | UN |
| **Efficiency** | | | |
| Assets Sales | UN | 32.2 | UN |
| Sales / Net Working Capital | UN | 10.3 | UN |
| **Utilization** | | | |
| Total Liabs / Net Worth | UN | 116.4 | UN |

UN = Unavailable

**FINANCE**

08/13/2007

As of August 13, 2007, attempts to contact the management of this business have been unsuccessful. Outside sources confirmed name and location.

**Incomplete history caption has been applied due to the following factor(s)**
-- Legal structure could not be verified. -- Exact start date is undetermined.

As of August 13 2007 a search of Dun & Bradstreets Public Record database found no open suits, liens, judgements or UCCs to which Tweeter New Co Llc at 40 Pequot Way, Canton MA was named defendant or debtor. Public records received hereafter will be entered into the database and will be included in reports which contain a Public Filings section.

**CUSTOMER SERVICE**

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

Copyright 2008 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264761384L