# EXHIBIT E

# REUTERS

Print | Close this window

# Tweeter Newco gets $80 mln new financing

Thu Sep 6, 2007 10:49am EDT

Sept 6 (Reuters) - Tweeter Newco LLC, a privately held portfolio company of Schultze Asset Management LLC, said it received $80 million in new financing.

The financing includes a $60 million asset-based loan facility from Wells Fargo Retail Finance LLC and a new $20 million term loan from Schultze, the specialty electronics retailer said in a statement.

In July, Tweeter Home Entertainment Group Inc (TWTRQ.PK: Quote, Profile, Research) closed the sale of its assets to Schultze, following approval by a bankruptcy court. (Reporting by Shamik Paul in Bangalore)

© Reuters 2007. All rights reserved. Republication or redistribution of Reuters content, including by caching, framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks and trademarks of the Reuters group of companies around the world.

Reuters journalists are subject to the Reuters Editorial Handbook which requires fair presentation and disclosure of relevant interests.