# EXHIBIT F

Schultze Asset Management, hedge funds, alternative investment, alternative investment management, hedge fund manager, ba...    Page 1 of 3



**SCHULTZE ASSET MANAGEMENT, LLC.**
SPECIAL SITUATION INVESTING IN FINANCIALLY TROUBLED AND DISTRESSED CREDITS

HOME | OUR TEAM | CAREERS | CONTACT US



**George J. Schultze**

Mr. George J. Schultze is Managing Member and Portfolio Manager of Schultze Asset Management, LLC. He chairs the Schultze Research and Strategy Committees and, together with his team, makes the final decision on all investments for the portfolio.

Mr. Schultze is a frequent speaker at investment conferences such as the Harvard Business School Venture Capital & Private Equity Conference, the Wharton Business School Distressed Securities Forum, the Columbia Business School Investment Management Conference, the Beard Group Distressed Securities Forum and the Opal Financial Summit. He was interviewed by Bloomberg Business Radio on January 2003 to discuss distressed credits. Mr. Schultze is a member of the American Bankruptcy Institute and has been quoted in several publications including TheStreet.com, CNN, CNNfn, The Wall Street Journal, and The Daily Bankruptcy Review.

Mr. Schultze currently serves on the following creditor committees:

- Breed Technologies, Inc. Trust Beneficiaries' Ad Hoc Committee, from October 2004 to present,
- Collins & Aikman Corp. Ad Hoc Bank Lender's Committee from March 2007 to present,
- Interstate Bakeries Corp. Ad Hoc Trade Claim Committee from October 2006 to present,
- Le-Nature's Inc. Ad Hoc Committee of Secured Lender's from November 2006 to present,
- M. Fabrikant & Sons, Inc. Bank Lender's Committee from May 2007 to present,
- Tweeter Home Entertainment Group, Inc. Post-Petition Lender's Committee from June 2006 to present.

Mr. Schultze previously served on the following committees:

- American Plumbing & Mechanical, Inc. – Chair of Bondholders' Committee,
- Armstrong World Industries, Inc. – Ad Hoc Committee of Debtholders,
- Atkins Nutritional – Ad Hoc Bank Lenders' Committee,

Case 1:07-cv-05567-JGK-HBP   Document 86-7   Filed 04/15/2008   Page 3 of 4

Schultze Asset Management, hedge funds, alternative investment, alternative investment management, hedge fund manager, ba... Page 2 of 3

- General Chemical Group, Inc. – Official Bondholders' Committee,
- Horizon Natural Resources – Pre-petition Senior Lenders' Committee,
- Twinlab Corp. – Ex Officio Bondholders' Committee,
- United Airlines – Ad Hoc Municipal Bondholders' Committee (JFK Facility), and
- US Timberlands – Ad Hoc Bondholders" Committee,
- Washington Group International Class 7 Claim Holders Ad Hoc Committee,
- Werner Holding Co., Inc. Second Lien Bank Debt Committee.

Mr. Schultze has been elected to the following Boards of Directors:

- Power Plumbing GP, Inc. on November 29, 2005,
- Werner Holding Company (NEWCO) on June 8, 2007,
- Tweeter Newco, LLC on July 13, 2007,
- Fabrikant Inventory, LLC on July 20, 2007,
- Fabrikant Receivables, LLC on July 20, 2007.

Separately, he is a member of the American Bankruptcy Association and serves on the Investment Finance Committee of Resurrection Church in Rye, New York.

Mr. Schultze has been an active investor for over 14 years and has over eleven years of distressed experience. During and after graduate school (1994-98), he managed a family fund investing in distressed securities and special situations.

From 1996-98, Mr. Schultze was a Senior Analyst at MD Sass. Although his track record there is not separable, he worked in the distressed group as one of three professionals investing a $1.3 billion portfolio. He honed his activist approach to investing with analysis and committee work for various investments including: Marvel Entertainment Group, MobileMedia Communications, Signet Jewelers, and CGE Ford Heights.

While in graduate school, he was employed at Fiduciary Partners, Mayer Brown & Platt, the Law Office of Grant Herrmann Schwartz & Klinger, and at Merrill Lynch. At Fiduciary Partners, a $25 million fund-of-funds that invested in distressed hedge funds, he developed strong views on the types of distressed strategies that lead to consistent success. As a Summer Associate (over two summers) at Mayer Brown & Platt, he gained experience working on bankruptcy litigation for Dow-Chemical, bankruptcy litigation for senior lenders in Witty Hardware, the SEC registration of several

mutual funds, and various other matters.

Mr. Schultze is a joint graduate of Columbia Business School and Columbia Law School, JD/MBA ('95/96). He served as editor of certain articles in the Columbia Business Law Review and separately, founded the Columbia Law School Investment Club. In addition, he authored several papers including: *Negotiating the TWA Bankruptcy Restructuring*, *Tax Factors and ERISA Implications of Corporate Restructurings*, and *International Banking Law*. At Columbia, he placed 2nd in the 1995 business school annual stock-picking contest.

Mr. Schultze earned a B.A. from Rutgers College where he graduated with a joint major in Economics/Political Science and earned the Henry Rutgers Scholar distinction. At Rutgers, he won The Wall Street Journal Award for Excellence in Economics for his investment paper on the term structure of interest rates. He also placed 23rd nationwide (from over 14,000 participants) and first at Rutgers in the 1991 AT&T Annual Stock Picking Contest.

Mr. Schultze is fluent in German and Spanish.

Home | About Us | Contact Us

Copyright © 2007, Schultze Asset Management, LLC. All Rights Reserved.