# EXHIBIT G

1 of 2 DOCUMENTS

Copyright 2007 Boston Herald Inc.
The Boston Herald

August 19, 2007 Sunday
ALL EDITIONS

**SECTION:** FINANCE; Pg. 026

**LENGTH:** 296 words

**HEADLINE:** Tweeter owner cuts 80 corporate staff in Canton

**BYLINE:** By PAUL RESTUCCIA

**BODY:**

The parent company of Tweeter Newco has axed half of its 160-person Canton-based corporate staff in the latest hit to the struggling home electronics retailer.

Schultze Asset Management LLC, a Purchase, N.Y.-based investment firm that bought Tweeter for $38 million last month, notified 80 Tweeter workers on Friday morning - via letters from company head George Schultze - that their employment was terminated effective immediately.

A source within the company, who was laid off, said that axed Tweeter employees, some with more than 20 years experience, were unhappy with the way the layoff was handled - by letter rather than in person.

Tweeter's Chief Executive Joe McGuire was on vacation, the source said.

``I was told by Schultze that this is part of the ongoing restructuring of the company and that is all I know," said Patrick Reynolds, senior vice president and chief marketing officer.

Reynolds is one of six top executives on Tweeter's ``E team," including McGuire, who retained their jobs.

The cuts affected workers from vice-president level on down, said the source within the company. The source added that while the operations department was left intact, merchandising, marketing and engineering and corporate communications divisions were hard hit by the layoffs.

``It was a very difficult day," said Reynolds, who lost one-third of his marketing staff. ``A lot of very loyal, very talented and very good people were let go. The challenge now is to go forward without them and figure out how to best support 100-plus stores with a much leaner staff."

Reynolds said the Friday layoffs did not affect any of Tweeter's retail stores, about a third of which, some 49 shops, were recently closed, cutting 650 jobs. The company now has 103 stores and about 1,900 employees.

**LOAD-DATE:** August 19, 2007