# EXHIBIT A



Print - Close Window

**From:** gksupersatisfy@twtr.com
**To:** srilumr@yahoo.com
**Subject:** Tweeter - Free In-Home Consultation
**Date:** Thu, 27 Mar 2008 13:55:32 -0400

Dear valued customer,

Thank you for your interest in our Free In-Home Consultation offer. We know that investing in a home entertainment system is a big step and we are here to help. We aim to make your experience with us first rate, as we
deliver entertainment and convenience throughout your home. We'll show you
what you could do, and you tell us what you'd like to do. We'll take care
of the rest!

Within three business days you will be contacted via phone or email by one of our Installation and Design service specialists to set up an appointment for a consultation at a time convenient for you.

If for some reason, you do not hear from someone within 5 business days,
we'd like to know. Please email us at gksupersatisfy@twtr.com.

Thank you,
The Installation and Design Team

Tweeter Home Entertainment
40 Pequot Way
Canton MA 02021
1-800-Tweeter