THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PICTURE PATENTS, LLC,

                            Plaintiff,

            v.                                          Civil Action No.
                                                        07CV5567 (JGK)

AEROPOSTALE, INC., DICK'S SPORTING GOODS,               NOTICE OF
INC., CHARLOTTE RUSSE, INC., GSI COMMERCE               MOTION TO
SOLUTIONS, INC., FOGDOG, INC., NATIONAL                 ADMIT COUNSEL
BASKETBALL ASSOCIATION, INC., NBA                       PRO HAC VICE
PROPERTIES, INC.,NBA MEDIA VENTURES, LLC,
MAJOR LEAGUE BASEBALL PROPERTIES, INC.,
MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS,
INC.,TWEETER HOME ENTERTAINMENT GROUP,
INC.,TWEETER NEWCO, LLC, INC., TWEETER OPCO,
LLC, BUY.COM, INC.,

                            Defendants.

-------------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT, pursuant to rule 1.3(c) of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York, I,

BRIAN C. DUNNING, a member in good standing of the bar of the Court, hereby move

for an Order allowing the admission *pro hac vice* of

            Applicant's Name:    Herbert J. Hammond
            Firm Name:           Thompson & Knight LLP
            Address:             1700 Pacific Avenue, Suite 3300
            City/State/Zip:      Dallas, TX  75201
            Phone Number:        214-969-1607
            Fax Number:          214-880-3256

to act as counsel for defendant Buy.com, Inc. in this case.

There are no pending disciplinary proceeding against Herbert J. Hammond in any

State or Federal court.

Dated: April 7, 2008
      New York, New York

                                         Respectfully submitted,

                                         BRIAN C. DUNNING (BD N 63)
                                         Thompson & Knight LLP
                                         919 Third Avenue, 39th Floor
                                         New York, New York  10022
                                         Phone No. 212-751-3001
                                         Fax No. 212-751-3113

                                         *Attorneys for*
                                         *Defendant Buy.com, Inc.*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

PICTURE PATENTS, LLC,

               Plaintiff,

          v.

AEROPOSTALE, INC., DICK'S SPORTING GOODS,
INC., CHARLOTTE RUSSE, INC., GSI COMMERCE
SOLUTIONS, INC., FOGDOG, INC., NATIONAL
BASKETBALL ASSOCIATION, INC., NBA
PROPERTIES, INC., NBA MEDIA VENTURES, LLC,
MAJOR LEAGUE BASEBALL PROPERTIES,, INC.,
MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS,
INC., TWEETER HOME ENTERTAINMENT GROUP,
INC., TWEETER NEWCO, LLC, INC., TWEETER OPCO,
LLC, BUY.COM, INC.,

               Defendants.

Civil Action No.
07CV5567 (JGK)

AFFIDAVIT IN SUPPORT
OF MOTION TO
ADMIT COUNSEL
PRO HAC VICE

----------------------------------------------------------------------X

STATE OF NEW YORK   )
                     )    ss:
COUNTY OF NEW YORK )

BRIAN C. DUNNING, being duly sworn, hereby deposes and says as follows:

      1.    I am a partner of Thompson & Knight LLP, counsel for Defendant Buy.com,

Inc. in the above captioned action.  I am familiar with the proceedings in this case.  I make

this statement based on my personal knowledge of the facts set forth herein and in support of

Buy.com, Inc.'s motion to admit Herbert J. Hammond as counsel *pro hac vice* to represent

Buy.com, Inc. in this matter.

      2.    I am a member in good standing of the bar of the State of New York and was

admitted to practice law on March 27, 1991.  I am also admitted to the bar of the United

States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Mr. Hammond since 2006.

    4.    Mr. Hammond is a partner in the Dallas, Texas, office of our firm.

    5.    I have found Mr. Hammond to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

    6.    Accordingly, I am pleased to move the admission of Mr. Hammond, pro hac vice.

    7.    I respectfully submit a proposed order granting the admission of Mr. Hammond, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Herbert J. Hammond, pro hac vice, to represent defendant By.com, Inc. in the above-captioned matter, be granted.

Dated: April 7, 2008
      New York, New York

Respectfully submitted,

BRIAN C. DUNNING (BD 1163)

Sworn to before me this
7 day of April, 2008.

Notary Public

Ivelisse Poveda
Commissioner of Deeds City of New York
No. 1-6827
Cert. Filed in New York county
Commission Expires _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PICTURE PATENTS, LLC,

Plaintiff,

vs.

AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC. TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.

Defendants.

------------------------------------------------------------------X

Civil No.
07-CV-5567 (JGK)

AFFIRMATION OF HERBERT J. HAMMOND IN SUPPORT TO ADMIT PRO HAC VICE

HERBERT J. HAMMOND, pursuant to Title 28, United States Code, § 1746, hereby declares as follows under penalty of perjury:

    1.    I am a partner in the law firm of Thompson & Knight LLP, 1700 Pacific Avenue, Dallas, TX 75201.

    2.    I submit this affirmation in support of the motion for my admission to practice *pro hac vice* in the above-captioned case.

    3.    As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of Texas.

    4.    There are no pending disciplinary proceedings against me in any state or federal court.

5.     Wherefore, I respectfully request that I be permitted to appear as counsel for Defendant Buy.com, Inc.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 8, 2008.

_____
HERBERT J. HAMMOND

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

April 03, 2008

RE:  **Mr. Herbert J. Hammond**
     State Bar Number - **08858500**

To Whom it May Concern:

This is to certify that Mr. Herbert J. Hammond was licensed to practice law in Texas on February 14, 1977 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PICTURE PATENTS, LLC,

                    Plaintiff,

              v.                                          Civil Action No.
                                                          07CV5567 (JGK)
AEROPOSTALE, INC., DICK'S SPORTING GOODS,
INC., CHARLOTTE RUSSE, INC., GSI COMMERCE                  ORDER FOR ADMISSION
SOLUTIONS, INC., FOGDOG, INC., NATIONAL                   PRO HAC VICE
BASKETBALL ASSOCIATION, INC., NBA                         <u>ON WRITTEN MOTION</u>
PROPERTIES, INC.,NBA MEDIA VENTURES, LLC,
MAJOR LEAGUE BASEBALL PROPERTIES, INC.,
MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS,
INC.,TWEETER HOME ENTERTAINMENT GROUP,
INC.,TWEETER NEWCO, LLC, INC., TWEETER OPCO,
LLC, BUY.COM, INC.,

                    Defendants.

-------------------------------------------------------------------X

       Upon the motion of  BRIAN C. DUNNING, attorney for Defendant Buy.com, Inc., and

said sponsor attorney's affidavit in support.

       IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Herbert J. Hammond |
| Firm Name: | Thompson & Knight LLP |
| Address: | 1700 Pacific Avenue, Suite 3300 |
| City/State/Zip: | Dallas, TX  75201 |
| Phone Number: | 214-969-1607 |
| Fax Number: | 214-880-3256 |

is admitted to practice *pro hac vice* as counsel for Defendant Buy.com, Inc. in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing disciplining of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April _____, 2008
      New York, New York


                                          _____
                                          United States District/Magistrate Judge

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PICTURE PATENTS, LLC,

        Plaintiff,

    vs.

AEROPOSTALE, INC., DICK'S SPORTING GOODS,
INC., CHARLOTTE RUSSE, INC., GSI COMMERCE
SOLUTIONS, INC., FOGDOG, INC., NATIONAL
BASKETBALL ASSOCIATION, NBA PROPERTIES,
INC., NBA MEDIA VENTURES, LLC, MAJOR
LEAGUE BASEBALL PROPERTIES, INC., MLB
ADVANCED MEDIA, L.P., LINENS 'N THINGS,
INC., TWEETER HOME ENTERTAINMENT GROUP,
INC. TWEETER NEWCO, LLC, TWEETER OPCO,
LLC, BUY.COM, INC.

        Defendants.

-------------------------------------------------------------------X

Civil No.
07-CV-5567 (JGK)

AFFIDAVIT OF
SERVICE

STATE OF NEW YORK    )
                    : ss.
COUNTY OF NEW YORK  )

        ORLANDO SALCEDO, being duly sworn, deposes and says that he is
employed by Thompson & Knight LLP, is over the age of eighteen years, and is not a
party to the within action.

        On the 10th day of April, 2008 deponent served a true copy of Defendant
Buy.com, Inc.'s Notice of Motion to Admit Counsel Pro Hac Vice by depositing same in
an official depository under the exclusive care and custody of the United States Postal
Service within the State of New York, contained in securely sealed postpaid wrappers
addressed to See Attached Service List.

                                        ORLANDO SALCEDO

Sworn to before me this
1 th day of April, 2008

Notary Public

JESSICA M. LOPEZ
Notary Public, State of New York
No. 01LO6016915
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 30, 20 /0

**PICTURE PATENTS, LLC v. AEROPOSTALE, INC.**
**v. AEROPOSTALE, INC., et al.**
**Docket No. 1:07-cv-05567-JGK**
**SERVICE LIST**

*Attorneys for Plaintiff*

Thomas Jude Parker, Esq.
Robert Eliot Hanlon, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, New York  10016

Robert E. Straight, Esq.
Alston & Bird, LLP
950 F Street, N.W.
Washington, DC  20004-1404

*Attorneys for Defendant Aeropostale, Inc.*

Janet Cullum, Esq.
Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York  10036-7798

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia  20190-5656

*Attorneys for Defendant Dick's Sporting Goods, Inc.*

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia  20190-5656

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York  10036-7798

*Attorneys for Defendant The Charlotte Russe, Inc.*

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia  20190-5656

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York  10036-7798

*Attorneys for Defendant GSI Commerce Solutions, Inc.*

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia  20190-5656

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York  10036-7798

*Attorneys for Defendant National Basketball Association*

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia  20190-5656

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York  10036-7798

***Attorneys for Defendant Linens 'N Things, Inc.***

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia 20190-5656

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York 10036-7798

***Attorneys for Defendant NBA Properties Inc.***

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia 20190-5656

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York 10036-7798

***Attorneys for Defendant NBA Media Ventures, LLC***

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia 20190-5656

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York 10036-7798

*Attorneys for Defendant Major League Baseball Properties, Inc.*

Michael Justin Mellis, Esq.
Mlb Advanced Media
75 Ninth Avenue
New York, New York 10011

*Attorneys for Defendant MLB Advanced Media L.P.*

Michael Justin Mellis, Esq.
Mlb Advanced Media
75 Ninth Avenue
New York, New York 10011

*Attorneys for Defendant Tweeter Newco LLC*

Suzanne Michelle Berger, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for Defendant Tweeter Opco, LLC*

Suzanne Michelle Berger, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for Counter Defendant Picture Patents, LLC*

Thomas Jude Parker, Esq.
Robert Eliot Hanlon, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, New York 10016

Robert E. Straight, Esq.
Alston & Bird, LLP
950 F Street, N.W.
Washington, DC 20004-1404

***Attorneys for Counter Claimant GSI Commerce Solutions, Inc.***

Scott Jason Pashman, Esq.
William Henry O'Brien, Esq.
Cooley, Godward, Kronish, L.L.P.
1114 Avenue of the Americas
New York, New York  10036-7798

Nathan K. Cummings, Esq.
Cooley, Godward, Kronish, L.L.P.
One Freedom Square
11951 Freedom Drive
Reston, Virginia  20190-5656

***Attorneys for Counter Defendant Picture Patents, LLC***

Thomas Jude Parker, Esq.
Robert Eliot Hanlon, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, New York  10016

Robert E. Straight, Esq.
Alston & Bird, LLP
950 F Street, N.W.
Washington, DC  20004-1404