*KoekTK/*

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC # _____             │
│ DATE FILED: 4/16/08              │
└─────────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>AEROPOSTALE, INC., DICK'S )<br>SPORTING GOODS, INC., CHARLOTTE )<br>RUSSE, INC., GSI COMMERCE )<br>SOLUTIONS, INC., FOGDOG, INC., )<br>NATIONAL BASKETBALL )<br>ASSOCIATION, NBA )<br>PROPERTIES, INC., NBA MEDIA )<br>VENTURES, LLC, MAJOR LEAGUE )<br>BASEBALL PROPERTIES, INC., MLB )<br>ADVANCED MEDIA, L.P., LINENS 'N )<br>THINGS, INC., TWEETER NEWCO, )<br>LLC, TWEETER OPCO, LLC, )<br>BUY.COM, INC. )<br><br>Defendants. )| Civil Case No. 07cv5567 (JGK)<br><br><br>STIPULATION FOR EXTENSION<br>OF TIME |

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Plaintiff Picture Patents, LLC to answer, move or otherwise respond to Defendant GSI Commerce Solutions, Inc.'s Counterclaims to Plaintiff's Second Amended Complaint in this matter shall be extended to and including April 21, 2008.

360030 v1/RE

Dated this 9th day of April, 2008.


ALSTON & BIRD, LLP

By: _____
Thomas Jude Parker
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

Attorneys for Plaintiff
Picture Patents, LLC


COOLEY GODWARD KRONISH LLP

By: _____
Janet L. Cullum
1114 Avenue of the Americas
New York, New York 10036-7798
Tel: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendant
GSI Commerce Solutions, Inc.


**SO ORDERED:**

_____
Honorable John G. Koeltl
United States District Judge

4/15/08

- 2 -