UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2008
```

PICTURE PATENTS, LLC,

      Plaintiff,

v.

AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.

      Defendants.

Civil Action No.
07CV5567 (JGK)(HP)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of William O'Brien, attorney for GSI Commerce Solutions, Inc., Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties Inc., and NBA Media Ventures, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Nathan K. Cummings
    COOLEY GODWARD KRONISH LLP
    One Freedom Square
    11951 Freedom Drive
    Reston, VA 20190-5656
    Phone: (703) 456-8068
    Fax: (703) 456-8100

is admitted to practice pro hac vice as counsel for Defendants GSI Commerce Solutions, Inc.,

-2-

Dick's Sporting Goods, Inc., Aeropostale, Inc., Charlotte Russe, Inc., Linens 'N Things, Inc., the National Basketball Association, NBA Properties Inc., and NBA Media Ventures, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 1, 2008

_____
United States District Judge

35/331 v2/RE