THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

----------------------------------------------------------------X

PICTURE PATENTS, LLC,

        Plaintiff,

        v.

AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC.,NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC.,TWEETER HOME ENTERTAINMENT GROUP, INC.,TWEETER NEWCO, LLC, INC., TWEETER OPCO, LLC, BUY.COM, INC.,

        Defendants.

----------------------------------------------------------------X

Civil Action No.
07CV5567 (JGK)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

    Upon the motion of BRIAN C. DUNNING, attorney for Defendant Buy.com, Inc., and said sponsor attorney's affidavit in support.

    IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Herbert J. Hammond |
| Firm Name: | Thompson & Knight LLP |
| Address: | 1700 Pacific Avenue, Suite 3300 |
| City/State/Zip: | Dallas, TX 75201 |
| Phone Number: | 214-969-1607 |
| Fax Number: | 214-880-3256 |

is admitted to practice *pro hac vice* as counsel for Defendant Buy.com, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys. If this action is assigned to the Electronic Case

503633 000002 DALLAS 2327427.1

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 18, 2008
New York, New York

_____
United States District/Magistrate Judge