```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PICTURE PATENTS, LLC,

        Plaintiff,

- against -

AEROPOSTALE, INC., DICK'S SPORTING
GOODS, INC., CHARLOTTE RUSSE, INC., GSI
COMMERCE SOLUTIONS, INC., FOGDOG,
INC., NATIONAL BASKETBALL
ASSOCIATION, INC., NBA PROPERTIES, INC.,
NBA MEDIA VENTURES, LLC, MAJOR
LEAGUE BASEBALL PROPERTIES, INC., MLB
ADVANCED MEDIA, L.P., LINENS 'N THINGS,
INC., TWEETER HOME ENTERTAINMENT
GROUP, INC., TWEETER NEWCO, LLC,
TWEETER OPCO, LLC, BUY.COM, INC.,

        Defendants.

------------------------------------------------------------x

Civil Case No. 07cv5567

STIPULATION OF ADJOURNMENT
OF TWEETER'S MOTION TO
DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1.    The time of defendants Tweeter Newco, LLC and Tweeter Opco, LLC (the "Tweeter Defendants") to file their Reply papers in connection with their Motion to Dismiss the complaint shall be extended for ten days, through and including May 1, 2008.

2. The Motion to Dismiss made by the Tweeter Defendants directed to the Second Amended Complaint shall be deemed to now be directed to the Third Amended Complaint.

Dated: New York, New York
April 18, 2007

**ALSTON & BIRD LLP**

By: _____
Thomas J. Parker (TP 7219)
Robert Hanlon (RH    )
90 Park Avenue
New York, New York 10016

*Attorneys for Plaintiff*

**BRYAN CAVE LLP**

By: _____
Suzanne M. Berger (SMB 0452)
Joseph Richetti
David A. Roodman
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for Defendants Tweeter Newco, LLC and Tweeter Opco, LLC*

SO ORDERED:

_____
U.S.D.J.

4/21/08

2