UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PICTURE PATENTS, LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | |
| AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., GSI COMMERCE, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC., | § § § § § § § § § § § | Civil Action No. 07CV5567 (JGK)(HBP)  ECF CASE  **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | § § § | |

### DEFENDANT GSI COMMERCE, INC.'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GSI

Commerce, Inc., discloses that it is a publicly-held corporation and the only publicly held

corporation owning 10% or more of the stock of GSI Commerce, Inc. is Liberty Media

Corporation.

Dated: April 25, 2008

Respectfully submitted,
COOLEY GODWARD KRONISH LLP

By:  /s/ Nathan K. Cummings

Nathan K. Cummings (admitted *pro hac vice*)
ncummings@cooley.com
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100
Attorneys for Defendant *GSI Commerce, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I served a true and correct copy of the foregoing

document via the Court's CM/ECF System upon:

Thomas J. Parker
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
Email: Thomas.parker@alston.com
Attorneys for Plaintiff Picture Patents, LLC

Irene R. Dubowy
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Email: Irene.dubowy@tklaw.com
Attorneys for Defendant Buy.Com, Inc.

Suzanne Michelle Berger
Bryan Cave LLP
1290 Avenue of Americas
New York, NY 10104
Email: smberger@bryancave.com
Attorneys for Tweeter Newco LLC and Tweeter Opco, LLC

Dated: Reston, Virginia
        April 25, 2008


By: /s/ Nathan K. Cummings
Nathan K. Cummings (admitted *pro hac vice*)