UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Picture Patents, LLC

                           Plaintiff,                              _07___CIVIL_5567_____(JGK)

    -against-

Aeropostale, Inc.

                           Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Janice Ann Christensen_____

[☑] *Attorney*

    [☑]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JC 8280_____

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: ____Morgan & Finnegan, LLP_____

    To: ____Alston & Bird, LLP_____

    [☑]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[ ] *Address:* __90 Park Avenue, New York, NY 10016_____

[ ] *Telephone Number:* __212-210-9400_____

[ ] *Fax Number:* __212-210-9444_____

[ ] *E-Mail Address:* __janice.christensen@alston.com_____

Dated: __April 24, 2008_____                */s/ Janice A. Christensen*