```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x

PICTURE PATENTS, LLC,

      Plaintiff,

- against -

AEROPOSTALE, INC., DICK'S SPORTING
GOODS, INC., CHARLOTTE RUSSE, INC., GSI
COMMERCE SOLUTIONS, INC., FOGDOG,
INC., NATIONAL BASKETBALL
ASSOCIATION, INC., NBA PROPERTIES, INC.,
NBA MEDIA VENTURES, LLC, MAJOR
LEAGUE BASEBALL PROPERTIES, INC., MLB
ADVANCED MEDIA, L.P., LINENS 'N THINGS,
INC., TWEETER HOME ENTERTAINMENT
GROUP, INC., TWEETER NEWCO, LLC,
TWEETER OPCO, LLC, BUY.COM, INC.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

Civil Case No. 07cv5567 (SGK)

SECOND STIPULATION OF ADJOURNMENT OF TWEETER'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of defendants Tweeter Newco, LLC and Tweeter Opco, LLC (the "Tweeter Defendants") to file their Reply papers in connection with their Motion to Dismiss the complaint shall be extended through and including May 12, 2008.

Dated: New York, New York
      May 1, 2008

ALSTON & BIRD LLP

By: _____
Thomas J. Parker (TP 7219)
Robert Hanlon
(Janice A. Christensen, JC 8280)
90 Park Avenue
New York, New York 10016

*Attorneys for Plaintiff*

BRYAN CAVE LLP

By: _____
Jacqueline M. Berger (SMB 0442)
Joseph Richetti
David A. Roodman
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for Defendants Tweeter Newco, LLC and Tweeter Opco, LLC*

SO ORDERED:

_____
U.S.D.J.

5/2/08