```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

PICTURE PATENTS, LLC,                           :   Civil Case No. 07cv5568
                                                :
                Plaintiff,                      :
                                                :
        - against -                             :
                                                :   SECOND
AEROPOSTALE, INC., DICK'S SPORTING              :   STIPULATION OF ADJOURNMENT
GOODS, INC., CHARLOTTE RUSSE, INC., GSI         :   OF TWEETER'S MOTION TO
COMMERCE SOLUTIONS, INC., FOGDOG,               :   DISMISS
INC., NATIONAL BASKETBALL                       :
ASSOCIATION, INC., NBA PROPERTIES, INC.,        :
NBA MEDIA VENTURES, LLC, MAJOR                  :
LEAGUE BASEBALL PROPERTIES, INC., MLB           :
ADVANCED MEDIA, L.P., LINENS 'N THINGS,         :
INC., TWEETER HOME ENTERTAINMENT                :
GROUP, INC., TWEETER NEWCO, LLC,                :
TWEETER OPCO, LLC, BUY.COM, INC.,               :
                                                :
                Defendants.                     :
------------------------------------------------- x

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of defendants Tweeter Newco, LLC and Tweeter Opco, LLC (the "Tweeter Defendants") to file their Reply papers in connection with their Motion to Dismiss the complaint shall be extended through and including May 12, 2008.

Dated:   New York, New York
         May 1, 2008

ALSTON & BIRD LLP                               BRYAN CAVE LLP

By: *Janice A Christensen*                      By: *[signature]*
    Thomas J. Parker (TP 7219)                      Suzanne M. Berger (SMB 0432)
    Robert Hanlon                                   Joseph Richetti
    Janice A. Christensen (JC 8280)                 David A. Roodman
    90 Park Avenue                                  1290 Avenue of the Americas
    New York, New York 10016                        New York, New York 10104

*Attorneys for Plaintiff*                       *Attorneys for Defendants Tweeter Newco,*
                                                *LLC and Tweeter Opco, LLC*

C068072/0218358/1479562.1

So Ordered
[signature] 6/6/08
/s/ SDJ

5/5/08