IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC <br><br> Plaintiff, <br><br> v. <br><br> AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., GSI COMMERCE, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC., BUY.COM, INC. <br><br> Defendants. | Case No. 07cv5567 (JGK) (HBP) <br><br> **JURY TRIAL DEMANDED** <br><br> ECF CASE |

## SUGGESTION OF BANKRUPTCY

1.      Defendant Linens 'n Things, Inc. ("Linens") and twelve affiliated debtors (collectively with Linens, the "Debtors") filed Voluntary Petitions for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware on May 2, 2008. The bankruptcy cases for the Debtors are being jointly administered under Case No. 08-10832. Pursuant to 11 U.S.C. § 362(a), an automatic stay applicable to all entities is imposed upon the filing of a bankruptcy petition. Among other things, the automatic stay precludes the following:

> (1) the commencement or continuation, including the issuance or employment of process of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title or to recover a claim against the debtor that arose before the commencement of the case under this title . . . .

11 U.S.C. § 362(a) (2000). Accordingly, effective May 2, 2008, this and all actions against Linens, the other Debtors and their bankruptcy estates are subject to an automatic stay and are enjoined from proceeding further absent relief from the Bankruptcy Court.

2. Attached hereto as <u>Exhibit A</u> is a copy of the Voluntary Petition filed by Linens.

Dated: May 6, 2008                                  Respectfully submitted,

                                                    COOLEY GODWARD KRONISH LLP


                                                    _/s/ Nathan K. Cummings_
                                                    Nathan K. Cummings (admitted *pro hac vice*)

                                                    Attorneys for Defendant
                                                    LINENS 'N THINGS, INC.

**CERTIFICATE OF SERVICE**

      I, Nathan Cummings, hereby certify that on May 6, 2008, I served a true and correct copy of the foregoing document via the Court's CM/ECF System upon:

>Thomas J. Parker
>Alston & Bird, LLP
>90 Park Avenue
>New York, NY 10016
>Email: Thomas.parker@alston.com
>Attorneys for Plaintiff Picture Patents, LLC
>
>Irene R. Dubowy
>Thompson & Knight, LLP
>919 Third Avenue, 39th Floor
>New York, NY 10022-3915
>Email: Irene.dubowy@tklaw.com
>Attorneys for Defendant Buy.Com, Inc.
>
>Suzanne Michelle Berger
>Bryan Cave LLP
>1290 Avenue of Americas
>New York, NY 10104
>Email: smberger@bryancave.com
>Attorneys for Tweeter Newco LLC and Tweeter Opco, LLC

Dated: Reston, Virginia
      May 6, 2008

                                        By:  Nathan K. Cummings
                                        Nathan K. Cummings (*admitted pro hac vice*)