UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

PICTURE PATENTS, LLC,

    Plaintiff,

- against -

AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., NATIONAL BASKETBALL ASSOCIATION, INC., NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., LINENS 'N THINGS, INC., TWEETER HOME ENTERTAINMENT GROUP, INC., TWEETER NEWCO, LLC, TWEETER OPCO, LLC, BUY.COM, INC.,

    Defendants.

---------------------------------------- x

Civil Case No. 07cv5567

THIRD STIPULATION OF ADJOURNMENT OF TWEETER'S MOTION TO DISMISS AND DOCUMENT PRODUCTION

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

  1. The time of defendants Tweeter Newco, LLC and Tweeter Opco, LLC (the "Tweeter Defendants") to file their Reply papers in connection with their Motion to Dismiss the complaint shall be extended through and including May 30, 2008.

  2. The Tweeter Defendants' time to respond to Plaintiff's First

C068072/0218358/1479562.2

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

Request for Production of Documents shall be extended for thirty days, through and including June 13, 2008.

Dated: New York, New York
May 9, 2008

**ALSTON & BIRD LLP**

By: _____
Thomas J. Parker (TP 7219)
Robert Hanlon
90 Park Avenue
New York, New York 10016

*Attorneys for Plaintiff*

**BRYAN CAVE LLP**

By: _____
Suzanne M. Berger (SMB 0452)
Joseph Richetti
David A. Roodman
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for Defendants Tweeter Newco, LLC and Tweeter Opco, LLC*

**SO ORDERED:**

5/14/08  _____
U.S.D.J.

2