*Koc·Zr,S*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

PICTURE PATENTS, LLC,                       :      Civil Case No. 07cv5567 *(JGK)*

                   Plaintiff,     :

     - against -                           :

AEROPOSTALE, INC., DICK'S SPORTING          :      THIRD
GOODS, INC., CHARLOTTE RUSSE, INC., GSI            STIPULATION OF ADJOURNMENT
COMMERCE SOLUTIONS, INC., FOGDOG,           :      OF TWEETER'S MOTION TO
INC., NATIONAL BASKETBALL                          DISMISS AND DOCUMENT
ASSOCIATION, INC., NBA PROPERTIES, INC.,    :      PRODUCTION
NBA MEDIA VENTURES, LLC, MAJOR
LEAGUE BASEBALL PROPERTIES, INC., MLB       :
ADVANCED MEDIA, L.P., LINENS 'N THINGS,      :
INC., TWEETER HOME ENTERTAINMENT
GROUP, INC., TWEETER NEWCO, LLC,            :
TWEETER OPCO, LLC, BUY.COM, INC.,
                            :

                Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - x

| |
|---|
| **USDS SDNY** |
| **DOCUMENT** |
| **ELECTRONICALLY FILED** |
| **DOC #:** _____ |
| **DATE FILED:** _5/23/2008_ |

     IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned counsel that:

          1.    The time of defendants Tweeter Newco, LLC and Tweeter Opco,

LLC (the "Tweeter Defendants") to file their Reply papers in connection with their

Motion to Dismiss the complaint shall be extended through and including May 30, 2008.

          2.    The Tweeter Defendants' time to respond to Plaintiff's First

Request for Production of Documents shall be extended for thirty days, through and including June 13, 2008.

Dated:  New York, New York
       May 9, 2008

ALSTON & BIRD LLP

By: _____
   Thomas J. Parker (TP 7219)
   Robert Hanlon
90 Park Avenue
New York, New York 10016

*Attorneys for Plaintiff*

BRYAN CAVE LLP

By: _____
   Suzanne M. Berger (SMB 0452)
   Joseph Richetti
   David A. Roodman
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for Defendants Tweeter Newco,*
*LLC and Tweeter Opco, LLC*

SO ORDERED:

_____
       U.S.D.J.

5/14/08