JUN. 12. 2008 10:45AM                                          NO. 4310   P. 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

--------------------------------- X
PICTURE PATENTS, LLC,            :
        Plaintiff,               :
    v.                           :       Case No. 07 CV 05567 (JGK) (HBP)
AEROPOSTALE, INC.; DICK'S SPORTING :
GOODS, INC., CHARLOTTE RUSSE, INC., :
GSI COMMERCE SOLUTIONS, INC.,    :
FOGDOG, INC., GSI COMMERCE, INC., :
NATIONAL BASKETBALL ASSOCIATION, :
NBA PROPERTIES, INC., NBA MEDIA   :
VENTURES, LLC, MAJOR LEAGUE       :
BASEBALL PROPERTIES, INC., MLB    :
ADVANCED MEDIA, L.P., LINENS 'N   :
THINGS, INC., TWEETER NEWCO, LLC, :
TWEETER OPCO, LLC, BUY.COM, INC.  :
        Defendants.               :
--------------------------------- X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Picture Patents, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses with prejudice Defendants Tweeter Newco, LLC and Tweeter Opco, LLC from this action.

Respectfully submitted this 12th day of June, 2008.

By: _____
Thomas J. Parker (Bar No. TP-7219)
Robert E. Hanlon (Bar No. RH-8794)
Janice A. Christensen (Bar No. JC-8280)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
ATTORNEYS FOR PLAINTIFF
*Picture Patents, LLC*

By: _____
Suzanne M. Berger, Esq.
BRYAN CAVE LLP
1290 Avenue of Americas
New York, New York 10104
Attorneys for Defendants
*Tweeter Newco, LLC*
*Tweeter Opco, LLC*

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Judge

Dated: June ___, 2008

- 2 -

30842028_3.DOC