**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
                   :

**PICTURE PATENTS LLC,**
                   :
               **Plaintiff,**
                   :

        - against –
                   :

**TERRA HOLDINGS LLC, et al.,**
                   :
              **Defendants.**   :

------------------------------------------------------------------ X

| | |
|---|---|
| USDS SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: _____ | |

07 Civ. 5465 ( JGK )( HBP )
07 Civ. 5567 ( JGK )( HBP )

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

     The above entitled action is referred to the designated Magistrate Judge for the following

purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:*  <br> Defendants' letter dated August 6, 2008. | ___ | Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)  <br> Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)  <br> Particular Motion:_____  <br> _____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ____ |

**SO ORDERED.**

DATED:     New York, New York
            August 7, 2008

                                 **John G. Koeltl**
                           **United States District Judge**

* Do not check if already referred for general pretrial.