COURTESY COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
PICTURE PATENTS, LLC,              :

    Plaintiff,                     :

    v.                             :

AEROPOSTALE, INC., DICK'S SPORTING :   Case No. 07 CV 05567 (JGK) (HBP)
GOODS, INC., CHARLOTTE RUSSE, INC.,
GSI COMMERCE SOLUTIONS, INC.,      :
FOGDOG, INC., GSI COMMERCE, INC.,
NATIONAL BASKETBALL ASSOCIATION,   :
NBA PROPERTIES, INC., NBA MEDIA
VENTURES, LLC, MAJOR LEAGUE        :
BASEBALL PROPERTIES, INC., MLB
ADVANCED MEDIA, L.P., LINENS 'N    :
THINGS, INC., TWEETER NEWCO, LLC,
TWEETER OPCO, LLC, BUY.COM, INC.   :

    Defendants.                    :

------------------------------------ X



### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff Picture Patents, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses with prejudice Defendant Buy.com, Inc. from this action.

Respectfully submitted this 24th day of July, 2008.

By: _____
Thomas J. Parker (Bar No. TP-7219)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
ATTORNEYS FOR PLAINTIFF
*Picture Patents, LLC*

By: _____
Herbert Hammond
Thompson & Knight
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201
(214) 969-1607
ATTORNEYS FOR DEFENDANT
*Buy.com, Inc.*

So ordered.
8/17/08
U.S.D.J.