USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X
PICTURE PATENTS, LLC                              :

    Plaintiff,                                :

    v.                                        :   Case No. 07 CV 05465 (JGK) (HBP)

TERRA HOLDINGS, LLC                               :
HALSTEAD PROPERTY, LLC
BROWN HARRIS STEVENS, LLC                         :

    Defendants.                               
-------------------------------------------------- X
PICTURE PATENTS, LLC,                             :

    Plaintiff,                                :

    v.                                        :   Case No. 07 CV 05567 (JGK) (HBP)

AEROPOSTALE, INC., DICK'S                         :
SPORTING GOODS, INC., CHARLOTTE
RUSSE, INC., GSI COMMERCE                         :
SOLUTIONS, INC., FOGDOG, INC.,                    :
NATIONAL BASKETBALL
ASSOCIATION, NBA PROPERTIES, INC.,                :
NBA MEDIA VENTURES, LLC, MAJOR
LEAGUE BASEBALL PROPERTIES, INC.,                 :
MLB ADVANCED MEDIA, L.P., LINENS 'N
THINGS, INC., TWEETER NEWCO, LLC,                 :
TWEETER OPCO, LLC, BUY.COM, INC.

    Defendants.                               :

-------------------------------------------------- X

### [PROPOSED] ORDER MODIFYING
### RULE 26(f) DISCOVERY PLAN AND SCHEDULING ORDER

This matter having come before the Court upon the application of Plaintiff Picture

Patents, LLC to extend certain discovery deadlines, and the Court having been advised that the

parties require additional time to complete discovery relating to the substantive issues of this litigation; and the Defendants not objecting to the modifications to the current Rule 26(f) Discovery Plan and Scheduling Order; and the Court having considered the pleadings in this matter, and for other and good cause having been shown:

**IT IS** on this \_\_17\_\_ day of August, 2008, **ORDERED** that the Rule 26(f) Discovery Plan and Scheduling Order dated April 9, 2008 (Docket No. 82), is modified as follows:

i. The parties shall exchange a list of patent claim terms which may need to be construed: September 5, 2008

ii. The parties shall exchange their proposed claim constructions: September 19, 2008

**SO ORDERED:**

Dated: \_\_8/17\_\_, 2008

Honorable John G. Koeltl
United States District Judge