UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
PICTURE PATENTS, LLC            :

      Plaintiff,            :

   v.            :  Case No. 07 CV 05465 (JGK) (HBP)

TERRA HOLDINGS, LLC            :
HALSTEAD PROPERTY, LLC
BROWN HARRIS STEVENS, LLC            :

      Defendants.
------------------------------------- X
PICTURE PATENTS, LLC,            :

      Plaintiff,            :

   v.            :  Case No. 07 CV 05567 (JGK) (HBP)

AEROPOSTALE, INC., DICK'S            :
SPORTING GOODS, INC., CHARLOTTE
RUSSE, INC., GSI COMMERCE            :
SOLUTIONS, INC., FOGDOG, INC., GSI            :
COMMERCE, INC., NATIONAL
BASKETBALL ASSOCIATION, NBA            :
PROPERTIES, INC., NBA MEDIA
VENTURES, LLC, MAJOR LEAGUE            :
BASEBALL PROPERTIES, INC., MLB
ADVANCED MEDIA, L.P., LINENS 'N            :
THINGS, INC., TWEETER NEWCO, LLC,
TWEETER OPCO, LLC, BUY.COM, INC.
                         :
      Defendants.
------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-08

## [PROPOSED] ORDER MODIFYING
## RULE 26(f) DISCOVERY PLAN AND SCHEDULING ORDER

    This matter having come before the Court upon the application of Plaintiff Picture

Patents, LLC to extend certain discovery deadlines, and the Court having been advised that the



parties require additional time to complete discovery relating to the substantive issues of this litigation; and the Defendants not objecting to the modifications to the current Rule 26(f) Discovery Plan and Scheduling Order; and the Court having considered the pleadings in this matter, and for other and good cause having been shown:

IT IS on this ___5___ day of September, 2008, **ORDERED** that the Rule 26(f) Discovery Plan and Scheduling Order dated April 9, 2008 (Docket No. 82), is modified as follows:

### Response to Interrogatories by Plaintiff:

i.  Plaintiff Picture Patents shall respond to GSI Commerce Solutions, Inc.'s Interrogatories Numbers 13 to 16: October 1, 2008

ii. Plaintiff Picture Patents shall respond to GSI Commerce, Inc.'s Interrogatories Numbers 1 to 5: October 1, 2008

iii. Plaintiff Picture Patents shall respond to Aeropostale, Inc.'s, Dick's Sporting Goods, Inc.'s and to Charlotte Russe, Inc.'s Interrogatories Numbers 1 to 2: October 1, 2008

iv. Plaintiff Picture Patents shall respond to National Basketball Association's and MLB Advanced Media, L.P.'s Interrogatories Numbers 1 to 3: October 1, 2008

v.  Plaintiff Picture Patents shall respond to Terra Holdings, LLC's Interrogatories Numbers 1 to 6: October 1, 2008

vi. Plaintiff Picture Patents shall respond to Halsted Property, LLC's and Brown Harris Stevens, LLC's Interrogatories Numbers 1 to 5: October 1, 2008

### Response to Interrogatories by Defendants:

vii. Defendants Aeropostale, Inc. Dick's Sporting Goods, Inc., Charlotte Russe, Inc., GSI Commerce Solutions, Inc., GSI Commerce, Inc., National Basketball

2

Association, NBA Properties, Inc., NBA Media Ventures, LLC, Major League Baseball Properties, Inc., MLB Advanced Media, L.P. and Brown Harris Stevens, LLC shall each respond to Picture Patents' Interrogatories Numbers 1 to 7, and 9 to 17: October 1, 2008

viii. Defendants Terra Holdings, LLC and Halstead Property LLC shall respond to Picture Patents' Interrogatory Number 6: October 1, 2008

ix. Defendants Aeropostale, Inc., Dick's Sporting Goods, Inc., Charlotte Russe, Inc., GSI Commerce Solutions, Inc., GSI Commerce, Inc., National Basketball Association, NBA Properties, Inc., NBA Media Ventures, LLC, Major League Baseball Properties, Inc., MLB Advanced Media, L.P. and Brown Harris Stevens, LLC shall each respond to Picture Patents' Interrogatory Number 8: October 29, 2008

**Claim Construction:**

x. The parties shall exchange a list of patent claim terms which may need to be construed: October 15, 2008

xi. The parties shall exchange their proposed claim constructions: October 29, 2008

**Privilege Log:**

xii. The parties shall simultaneously exchange privilege logs: September 19, 2008

**Fact and Expert Discovery:**

xiii. All fact discovery to be completed by: January 30, 2009

xiv. Opening expert report for the party bearing the burden of proof shall be served: February 6, 2009

xv. Rebuttal expert report shall be served: March 23, 2009

    xvi.    Expert discovery closes: May 5, 2009

**Dispositive Motions:**

    xvii.    Dispositive motions shall be filed no later than: June 3, 2009

**Pre-trial Order:**

    xviii.    The parties will submit a pre-trial order in a form conforming with the Federal Rules of Civil Procedure and the Court's instructions on June 24, 2009 or 30 days after a decision on any dispositive motions, whichever is later.

**Trial Date:**

    xix.    The cases must be ready for trial on 48 hours notice on or after July 1, 2009 or 45 days after a decision on any dispositive motions, whichever is later.

**SO ORDERED:**

Dated: _____9/5_____, 2008

Honorable John G. Koeltl
United States District Judge