IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC, | ) |
| Plaintiff, | ) |
| Declaratory Judgment Plaintiff | ) |
| | ) Civil Case No. 07cv5567 (JGK) (HBP) |
| v. | ) |
| | ) ECF FILED |
| AEROPOSTALE, INC., DICK'S SPORTING GOODS, INC., CHARLOTTE RUSSE, INC., GSI COMMERCE SOLUTIONS, INC., FOGDOG, INC., GSI COMMERCE, INC., NATIONAL BASKETBALL ASSOCIATION, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P. | ) |
| Defendants, | ) |
| and | ) |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | ) |
| Declaratory Judgment Defendant. | ) |

**PLAINTIFF PICTURE PATENTS' MOTION TO DISMISS DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S COUNTERCLAIMS FOR CONVERSION AND UNJUST ENRICHMENT**

Plaintiff Picture Patents, LLC ("Picture Patents") respectfully submits this Motion to Dismiss Declaratory Judgment Defendant International Business Machine Corporations' ("IBM") counterclaims for conversion and unjust enrichment pursuant to Federal Rules of Civil Procedure 12(b)(6).  In support of its Motion, Picture Patents relies on its Memorandum of Law which is submitted contemporaneously with this Motion.  For the reasons stated in Picture

Patents' Memorandum of Law, Picture Patents seeks the following relief: (i) dismissal of IBM's counterclaims for conversion and unjust enrichment; and (ii) grant of such other and further relief as this Court deems just and proper.

Dated: June 1, 2009

New York, New York

                               Respectfully submitted,
                               ALSTON & BIRD LLP

                               By:  /s/Thomas J. Parker
                               Thomas J. Parker (TP 7219)
                               Robert E. Hanlon (RH 8794)
                               Janice A. Christensen (JC 8280)
                               90 Park Avenue
                               New York, New York 10016-1387
                               (212) 210-9529 (phone)
                               (212) 210-9444 (facsimile)
                               thomas.parker@alston.com

                               *Attorneys for Plaintiff Picture Patents, LLC*